|   |   |
|---|---|
| 1 | MICHAEL E. WEINSTEN (SBN 155680) |
|   | DANIEL R. GUTENPLAN (SBN 260412) |
| 2 | LAVELY & SINGER |
|   | PROFESSIONAL CORPORATION |
| 3 | 2049 Century Park East, Suite 2400 |
|   | Los Angeles, California 90067-2906 |
| 4 | Telephone: (310) 556-3501 |
|   | Facsimile: (310) 556-3615 |
| 5 | E-mail:   mweinsten@lavelysinger.com |
|   |          dgutenplan@lavelysinger.com |

FILED
CLERK, U.S. DISTRICT COURT
MAY 1 3 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

7  Of Counsel:

8  **MAURA J. WOGAN** (*pro hac vice* admission pending)
   **JEREMY S. GOLDMAN** (*pro hac vice* admission pending)
9  **FRANKFURT KURNIT KLEIN & SELZ, P.C.**
   488 Madison Avenue, 10th Floor
10 New York, NY 10022
   Telephone: (212) 980-0120
11 Facsimile: (212) 593-9175
   E-mail:   mwogan@fkks.com
12            jgoldman@fkks.com

13 Attorneys for Plaintiffs HASBRO, INC.
   and WIZARDS OF THE COAST LLC

14

15                    UNITED STATES DISTRICT COURT

16                   CENTRAL DISTRICT OF CALIFORNIA

17

18 HASBRO, INC., a Rhode Island          )  CASE NO. CV13-03406-DMG(JCGx)
   corporation; and WIZARDS OF THE       )
19 COAST LLC, a Delaware company,        )
                                         )
20         Plaintiffs,                   )  **NOTICE OF INTERESTED**
                                         )  **PARTIES**
21    vs.                                )
                                         )
22 SWEETPEA ENTERTAINMENT,               )
   INC., a California corporation; and   )
23 SWEETPEA B.V.I. LTD., a British       )
   Virgin Islands corporation;           )
24                                       )
           Defendants.                   )
25 _____)

CONFORMED COPY

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES HEREIN:

The undersigned, counsel of record for Plaintiffs Hasbro, Inc. and Wizards of the Coast LLC, certifies that the following listed parties or persons may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. Those parties or persons are:

1. Hasbro, Inc. – Plaintiff;
2. Wizards of the Coast LLC – Plaintiff;
3. Sweetpea Entertainment, Inc. – Defendant;
4. Sweetpea B.V.I. Ltd. – Defendant; and
5. Warner Bros. Entertainment, Inc.

DATED: May 13, 2013

LAVELY & SINGER
PROFESSIONAL CORPORATION
MICHAEL E. WEINSTEN
DANIEL R. GUTENPLAN

By: _____
MICHAEL E. WEINSTEN
Attorneys for Plaintiff HASBRO, INC.

K:\DRG\HASBRO -- NTC OF INTERESTED PARTIES.wpd         2