1  MAURA J. WOGAN (admitted *pro hac vice*)
   JEREMY S. GOLDMAN (admitted *pro hac vice*)
2  FRANKFURT KURNIT KLEIN & SELZ, P.C.
   488 Madison Avenue, 10th Floor
3  New York, NY 10022
   Telephone: (212) 980-0120
4  Facsimile: (212) 593-9175
   E-mail:    mwogan@fkks.com
5             jgoldman@fkks.com

6  MICHAEL E. WEINSTEN (SBN 155680)
   DANIEL R. GUTENPLAN (SBN 260412)
7  LAVELY & SINGER
   PROFESSIONAL CORPORATION
8  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
9  Telephone: (310) 556-3501
   Facsimile: (310) 556-3615
10 E-mail:    mweinsten@lavelysinger.com
              dgutenplan@lavelysinger.com
11

12 Attorneys for Plaintiffs HASBRO, INC.
   and WIZARDS OF THE COAST LLC
13

14
                    UNITED STATES DISTRICT COURT
15
                   CENTRAL DISTRICT OF CALIFORNIA
16

17 HASBRO, INC., a Rhode Island           )  CASE NO.  CV 13-03406-DMG (JCGx)
   corporation; and WIZARDS OF THE        )  HON. DOLLY M. GEE
18 COAST LLC, a Delaware company,         )
                                          )  STIPULATION RE:
19            Plaintiffs,                 )  CONTINUANCE OF HEARING ON
                                          )  MOTION FOR SUMMARY
20       vs.                              )  JUDGMENT; DECLARATION OF
                                          )  MICHAEL E. WEINSTEN IN
21 SWEETPEA ENTERTAINMENT,                )  SUPPORT THEREOF;
   INC., a California corporation; and    )  [PROPOSED] ORDER
22 SWEETPEA B.V.I. LTD., a British        )
   Virgin Islands corporation;            )
23                                        )
              Defendants.                 )  Complaint Filed: May 13, 2013
24 _____    )

25

26

27

28

WHEREAS, this action was commenced on May 13, 2013;

WHEREAS, on June 17, 2013, Defendants Sweetpea Entertainment, Inc. and Sweetpea B.V.I. Ltd. (collectively "Defendants") filed a Motion for Summary Judgment and/or Partial Summary Judgment ("Motion"), which is currently set for hearing on July 26, 2013;

WHEREAS, Plaintiffs' opposition is currently due on July 5, 2013;

WHEREAS, Plaintiffs' lead counsel is on vacation and unavailable during the week of the July 4 holiday and, otherwise, requires additional time to properly investigate and respond to the motion, and whereas defendants have agreed to a short extension to accommodate counsel's schedule; and

WHEREAS, defense counsel, David Sergenian, contacted the Court regarding an extension and was informed that the Court would hear the matter on August 9, 2013.

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned parties, through their respective counsel of record, subject to the Court's approval, to the following: The hearing on Defendants' Motion for Summary Judgment and/or Partial Summary Judgment shall be continued from

///
///
///
///

1  July 26, 2013 to August 9, 2013 at 9:30 a.m. The due dates for Plaintiffs'
2  Opposition and Defendants' reply shall be extended in accordance with the new
3  hearing date.
4
5  DATED: June 20, 2013         LAVELY & SINGER
                                PROFESSIONAL CORPORATION
6                               MICHAEL E. WEINSTEN
                                DANIEL R. GUTENPLAN
7
8                                          /s/
                                By: _____
9                                   MICHAEL E. WEINSTEN
                                Attorneys for Plaintiffs HASBRO, INC.
10                              and WIZARDS OF THE COAST LLC
11
12
13 DATED: June 20, 2013         GLASER WEIL FINK JACOBS
                                HOWARD AVCHEN & SHAPIRO
                                G. JILL BASINGER
14                              DAVID SERGENIAN
15
16                                         /s/
                                By: _____
17                                  G. JILL BASINGER
                                Attorneys for Defendants SWEETPEA
                                ENTERTAINMENT, INC., AND
18                              SWEETPEA B.V.I. LTD.
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF MICHAEL E. WEINSTEN

I, Michael E. Weinsten, declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts of this state and am a member of the law firm Lavely & Singer Professional Corporation, attorneys for Plaintiffs Hasbro, Inc. and Wizards of the Coast LLC herein. I have personal and first hand knowledge of the matters set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently thereto under oath.

2. On June 17, 2013, Defendants Sweetpea Entertainment, Inc. and Sweetpea B.V.I. Ltd. (collectively "Defendants") filed a Motion for Summary Judgment and/or Partial Summary Judgment ("Motion"), which is currently set for hearing on July 26, 2013.

3. Plaintiffs' Opposition to the Motion is currently due on July 5, 2013.

4. Plaintiffs' lead counsel, Maura Wogan and Jeremy Goldman, who are taking the laboring oar in preparing the Opposition are on vacation the week of the July 4 holiday. The Motion itself presents numerous issues and, upon consultation with lead counsel, it is our good faith belief that additional time is required to properly investigate and respond to the Motion.

5. For these reasons, defense counsel has agreed to move the hearing date on the Motion to August 9, 2013. I am further informed from defense counsel, David Sergenian, that he contacted the Court clerk and obtained approval for the August 9, 2013 hearing date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20th day of June, 2013, at Los Angeles, California.

MICHAEL E. WEINSTEN