Patricia L. Glaser, State Bar No. 55668
G. Jill Basinger, State Bar No. 195739
David Sergenian, State Bar No. 230174
GLASER WEIL FINK JACOBS
   HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA  90067
Telephone:      (310) 553-3000
Facsimile:      (310) 556-2920

Attorneys for Defendants
*SWEETPEA ENTERTAINMENT, INC.*
*and SWEETPEA B.V.I. LTD.*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| HASBRO, INC., *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>SWEETPEA ENTERTAINMENT, INC., *et al.*,<br><br>          Defendants. | CASE NO.  13-CV-03406-DMG (JCGx)<br><br>**EVIDENTIARY OBJECTIONS TO THE DECLARATION OF JAMES WYATT IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>[Reply Memorandum in Support of Motion for Summary Judgment and/or Partial Summary Judgment; Consolidated Separate Statement of Undisputed Facts; Evidentiary Objections to the Declarations of Lee N. Rosenbaum and James Wyatt]<br><br>Date:       August 9, 2013<br>Time:       9:30 a.m.<br>Ctrm:       7<br><br>Complaint Filed:   May 13, 2013 |

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

Defendants Sweetpea Entertainment, Inc. and Sweetpea B.V.I. Ltd (collectively, "Defendants") hereby submits Evidentiary Objections to the Declaration of James Wyatt in Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment.

## EVIDENTIARY OBJECTIONS TO DECLARATION OF JAMES WYATT

### MATERIAL FACTS
### Facts Relevant To All Claims For Relief

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| 1.     Paragraph 3:  "Wizards of the Coast LLC ('Wizards') is the registered copyright owner of all copyrights in Dungeons & Dragons ('D&D')." | Lack of Foundation:  The declarant does not provide any basis for his purported personal knowledge regarding the ownership of the Dungeons & Dragons copyright.  Federal Rules of Evidence § 602. |
| 2.     Paragraph 7:  "For purposes of Hasbro's copyright infringement claim, it is important to understand that the Core Books and other materials (discussed below) published by Wizards are far more than instruction manuals or rulebooks.  They each also contain hundreds of pages of unique, creative literary and graphic content designed by Wizards for the DM and players to incorporate into their individual games.  It is this unique creative content that | Best evidence rule:  The declarant is purporting to describe the contents of "the Core Books."  Federal Rules of Evidence § 1002.<br><br>The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987). |

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

816703

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| sets D&D apart from other role-playing games.  For example, the Core Books contain:  a.   fully developed characters, including physical attributes (fantasy races, class specializations, spells, powers and abilities) and personality characteristics (back stories, motivations, prejudices, goals, and religious beliefs);  b.  comprehensive and detailed descriptions of worlds where the grand adventures can take place, including fully-formed towns complete with rosters of noteworthy locals (each with his or her own motive and attributes); accounts of the particular area's history and local politics; and detailed maps complete with descriptions of inns, taverns, merchants, an untamed wilderness for players to explore; and  c.  numerous unique creatures for players to combat, including detailed descriptions of their physical attributes, special abilities, weaknesses and where they are most likely to be encountered." | Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable. |
| 3.      Paragraph 9:  "Many of the unique elements described in the Wizards Materials are so well-known and beloved by players that they have remained in the game throughout its 40 year history.  Taken together, the | Opinion.  The declarant is stating his opinion regarding the referenced subject matter.  Federal Rules of Evidence §§ 701-702. |

EVIDENTIARY OBJECTIONS TO DECLARATION OF JAMES WYATT

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

816703

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| various Wizards Materials embody thousands of original, highly delineated and expressive elements — characters, villains, monsters, towns, weapons, maps, artifacts, magic objects, spells and back stories — all created by Wizards over its long history and incorporated by fans into millions of D&D role-playing games throughout the world." | |
| 4.       Paragraph 10: "On or about October 3, 2012, I received a copy of Chainmail from Liz Schuh, Senior Brand Manager for D&D.  Because of my expertise in and familiarity with D&D, Ms. Shuh asked me to review the script to identify any D&D intellectual property that appeared in Chainmail (each, an 'Infringing Element').  After carefully reading the script and compiling a list of such Infringing Elements, I worked with others at Wizards to identify the particular Wizards Materials in which such elements were first published.  Attached hereto as Exhibit B is a chart detailing the Infringing Elements, examples of where, in the Wizards Materials, the particular Infringing Element can be found, and the page number from the Chainmail script where that element | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002.

Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence § 701-702.

The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987).

Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the |

3

816703

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| appears (the 'Chart of Infringing Elements')." | underlying material is protectable. Federal Rules of Evidence § 602. |
| 5.  Paragraph 11: "As shown in the Chart of Infringing Elements, the Chainmail script incorporates numerous creative elements lifted directly from Wizards Materials published over D&D's 40-year history.  Other than the generic protagonists and basic plot sequence, virtually every expressive element in Chainmail was copied, including by name, directly from the Wizards Materials.  The places, characters, weapons, artifacts, monsters and adventures encountered by the story's two heroes were taken straight from Wizards' original and expressive intellectual property.  In the same way that a player of the D&D role-playing game is dropped into the comprehensive story and setting of a Wizards adventure module, the protagonists in Chainmail are dropped into an entire world created by Wizards and populated by Hasbro's copyrighted (and sometimes trademarked) characters and elements." | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002.<br><br>Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702.<br><br>The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd*., 808 F.2d 1316, 1319 (9th Cir. 1987).<br><br>Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable.  Federal Rules of Evidence § 602. |
| 6.  Paragraph 12: "Set forth below is a detailed analysis of the Chainmail script that highlights many of the Infringing Elements incorporated | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence |

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| therein.  I have used bold emphasis to mark Infringing Elements explicitly referenced in the Chainmail script by name.  A schedule showing where these elements appear in the Wizards Materials is contained in the accompanying Chart of Infringing Elements attached hereto as Exhibit B. I have also included footnotes to reference certain Wizards Materials, attached as Exhibits C through H, to provide illustrative examples of the substantial similarities between Chainmail and Wizards' intellectual property." | § 1002.<br><br>Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702.<br><br>The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987).<br><br>Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable.  Federal Rules of Evidence § 602. |
| 7.     Paragraph 13:  "Chainmail tells the story of two adventurers, Raven Hightower and Hack Karroway, as they search for a famed lost treasure, the Eye of Vecna, with the help of another adventurer, Trickfoot.  The Eye of Vecna, along with the Hand of Vecna, are ancient evil artifacts associated with Lord Vecna, a powerful wizard and necromancer.  Lord Vecna was defeated long ago — but not killed — when he was betrayed by his trusted lieutenant, | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002.<br><br>Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702.<br><br>The declarant fails to proffer the underlying, allegedly protected material |

EVIDENTIARY OBJECTIONS TO DECLARATION OF JAMES WYATT

816703

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| Kas the Bloody-Handed, using the Sword of Kas.  Lord Vecna is revealed as the main villain in Chainmail, and he and the ancient artifacts with which he is associated (the "Vecna Artifacts") appear throughout the script.  The plot in Chainmail revolves around the quest to recover the Vecna Artifacts and to once again defeat Lord Vecna using the legendary Sword of Kas.  See Chainmail generally." | upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987).  Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable. Federal Rules of Evidence § 602. |
| 8.      Paragraph 14:  "Lord Vecna, Kas the Bloody-handed and the Vecna Artifacts are among the best-known and most richly described villains and magical items found in D&D.  Since debuting in 1976 in Eldritch Wizardry, the third supplement to the original D&D game, Lord Vecna and his associates and artifacts have appeared in more than a dozen Wizards Materials; their appearance in every single edition of the Core Books has ensured that the Vecna storyline is instantly recognizable to millions of current and former D&D players, all of whom would connect the character with the Vecna Artifacts." | Best evidence rule:  The declarant is purporting to describe the contents of the Core Book, Chainmail script and other written materials.  Federal Rules of Evidence § 1002.  Opinion.  The declarant is stating his opinion regarding the Core Book, chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702.  The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987).  Lack of foundation:  The declarant fails |

6

816703

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| | to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable. Federal Rules of Evidence § 602. |
| 9.    Paragraph 15:  "The story in Chainmail of Vecna's betrayal by his trusted lieutenant, Kas, has appeared in connection with every description of the Vecna Artifacts in all four editions of the Dungeon Master's Guide as well as the Book of Artifacts (1993), and was expanded in three detailed Wizards adventure modules entitled Vecna Lives! (1990), Vecna Reborn (1998), and Die, Vecna, Die! (2000) ("Vecna Adventure Modules").  The following comparison of an excerpt from Chainmail Ex. A-37–38 and 100–03, with an excerpt from the Vecna Lives! (1990) adventure module, Ex. C-150–51, demonstrates the striking similarity between the Vecna story as told in the script and in the Wizards Material: . . ." | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002. Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702. The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987). Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable. Federal Rules of Evidence § 602. |
| 10.    Paragraph 15, Chart:  Paragraph 15 includes a three page chart purporting to compare the Chainmail | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written |

EVIDENTIARY OBJECTIONS TO DECLARATION OF JAMES WYATT

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

816703

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| scrip to Vecna Lives. | materials.  Federal Rules of Evidence § 1002.<br><br>Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702.<br><br>The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987).<br><br>Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable.  Federal Rules of Evidence § 602. |
| 11.     Paragraph 16:  "As this comparison demonstrates, the heroes in Chainmail are not faced with a generic archetypal evil wizard, but the very same Lord Vecna copied directly from the Wizards Materials." | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002.<br><br>Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702.<br><br>The declarant fails to proffer the |

8

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

816703

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| | underlying, allegedly protected material upon which his comparison is premised. Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact. *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987). |
| | Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable. Federal Rules of Evidence § 602. |
| 12.      Paragraph 17:  "The entire plot of Chainmail takes place in the World of Greyhawk, one of the earliest (and perhaps most iconic) settings for D&D. The World of Greyhawk was created by Gary Gygax (co-creator of D&D) in the late 1970's.  This world features thousands of unique locations and characteristics that have been extensively detailed over the years in Wizards Materials, including in World of Greyhawk (1980 and 1983), City of Greyhawk (1989), the Player's Guide and The Adventure Begins (both 1998), the D&D Gazetteer (2000), the Living Greyhawk Gazetteer (2000), and Expedition to the Ruins of Greyhawk (2007)." | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002. |
| | Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702. |
| | The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised. Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact. *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987). |
| | Lack of foundation:  The declarant fails |

9

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

816703

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
|  | to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable. Federal Rules of Evidence § 602. |
| 13.    Paragraph 18: "Chainmail's narrative relies heavily on the placement of Greyhawk's cities, towns, taverns, regions, mountains, rivers, marshes, and other settings in relation to one another as they appear on the Greyhawk world map published by Wizards.  At one point the script explicitly calls for the map of Greyhawk, complete with place names taken from Wizards Materials, to be superimposed over a travel scene.  See Ex. A-51." | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002.

Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702.

The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987).

Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable. Federal Rules of Evidence § 602. |
| 14.    Paragraph 19:  "The main story in Chainmail begins in earnest when Hightower and Karroway arrive in the | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written |

EVIDENTIARY OBJECTIONS TO DECLARATION OF JAMES WYATT

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

816703

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| "Free City of Greyhawk: Gem of the Flanaess" via the Druid's Gate and enter the Artisan's Quarter. id. at 29. The two head for the River District where they stumble across Trickfoot, id. at 35–36, and then proceed to the Hanged Man Inn where Trickfoot recounts the legend of Vecna's betrayal, as excerpted above." | materials.  Federal Rules of Evidence § 1002. |
| | Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702. |
| | The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd*., 808 F.2d 1316, 1319 (9th Cir. 1987). |
| | Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable.  Federal Rules of Evidence § 602. |
| 15.    Paragraph 20:  "Together, the three head for Clerkburg, a "more reputable part of town, home to the city's universities and colleges" to meet with their associate, a young wizard.  Id. at 40.  Although the wizard is not happy to see Hightower and Karroway, they placate him with some pastries from the Fruit of the Mill.  Id.  There is a pounding at the door, and the wizard exclaims that it must be the "drunken | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002. |
| | Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702. |
| | The declarant fails to proffer the |

11

816703

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| idiots from Gnarlyhouse." Id. at 44. The adventurers are then attacked by cultists, and in the ensuing battle various magic-users cast spells including Magic Missiles and Bigby's Forceful Hand, a giant spectral hand controlled through the use of a leather glove. Id.   at 44–48.  One of these assailants is revealed to be a Drow Prince named Razer of the House of Vandree.  Id. at 46.  The heroes are almost overwhelmed but narrowly escape by teleporting to Burrow Heights." | underlying, allegedly protected material upon which his comparison is premised. Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd*., 808 F.2d 1316, 1319 (9th Cir. 1987). Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable. Federal Rules of Evidence § 602. |
| 16.      Paragraph 20, footnote 4: "Attached as Exhibit D is a map of the Free City of Greyhawk published by Wizards in 1980.  The relevant place names appropriated in Chainmail have been highlighted for ease of reference, and clearly show that the Druid's Gate leads directly to the Artisan's Quarter. Ex. D.  Many of the locations in Chainmail appear to have been taken from Greyhawk:  Gem of the Flanaess (1989), an excerpt of which is attached here as Exhibit E.  As described in Greyhawk: Gem of the Flanaess , Ex. E, the River District is a rough and tumble area of the city favored by traveling adventurers.  Id. at 215.  It also | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002. Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702. The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised. Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd*., 808 |

EVIDENTIARY OBJECTIONS TO DECLARATION OF JAMES WYATT

816703

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| describes The Hanged Man Inn as a secluded establishment that services thieves, assassins, cutthroats, and other unsavory characters.  Id. at 217." | F.2d 1316, 1319 (9th Cir. 1987).<br><br>Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable.  Federal Rules of Evidence § 602. |
| 17.      Paragraph 21:  "Relying on an ancient map, the heroes set out on a barge crewed by the Rhenee, the gypsies of Greyhawk, who agree to take them "as far as Elmshire."  Id. at 49.  At this point, the script notes call for a "Map of the Flanaess" to be superimposed over a travel scene: Then a LARGER BOAT carrying our heroes across a lake, to the edge of a forest of GLOWING TREES. The names of the lands they are passing through appear on the map as they reach them: Phostwood.  Wintershiven.  Finally, we see our heroes trekking over land towards a distant mountain range: Griff Mountains." | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002.<br><br>Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702.<br><br>The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd*., 808 F.2d 1316, 1319 (9th Cir. 1987).<br><br>Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable.  Federal Rules of Evidence § 602. |
| 18.      Paragraph 21, footnote 7:  "These | Best evidence rule:  The declarant is |

EVIDENTIARY OBJECTIONS TO DECLARATION OF JAMES WYATT

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

816703

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| locations are taken from Greyhawk: Gem of the Flanaess (1989), Ex. E, and World of Greyhawk (1980, 1983), Ex. F. Elmshire is listed as being within the territory surrounding the Free City of Greyhawk.  Ex. E-203–04.  I have annotated an existing D&D map of Greyhawk, published by Wizards in 2000, to track the journey of the protagonists as described in Chainmail. A copy of this annotated map is attached hereto as Exhibit G.  As this map shows, the adventurers travel upriver from the Free City of Greyhawk to Elmshire and then across a large lake. Id.  North of the this lake (the Nyr Dyv on the map) is the Phostwood, which World of Greyhawk, Ex. F, describes as a forest in which "certain species of trees . . . have a strange phosphorescent quality when they die and begin to rot, giving the place an eerie air at night." Id. at 228.  On the map, Wintershiven is northeast of the Phostwood, the Griff Mountains are northeast of Wintershiven, and the Cold Marshes are located west of the Griff Mountains. Ex. G; See   also Ex. F-226 (Cold Marshes), F-227 (Griff Mountains)." | purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002.

Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702.

The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised. Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact. *Seiler v. Lucas Film, Ltd*., 808 F.2d 1316, 1319 (9th Cir. 1987).

Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable. Federal Rules of Evidence § 602. |
| 19.     Paragraph 22: "In addition to the main antagonist and setting of | Best evidence rule:  The declarant is purporting to describe the contents of |

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

14

816703

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| Chainmail, virtually every one of the creative elements encountered by the protagonists in Chainmail is copied directly from the Wizards Material." | the Chainmail script and other written materials.  Federal Rules of Evidence § 1002.<br><br>Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702.<br><br>The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987).<br><br>Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable.  Federal Rules of Evidence § 602. |
| 20.      Paragraph 23:  "After finally reaching the mountain range, the heroes stumble across a secret monastery of Saint Cuthbert, a religious order of warrior monks that opposes Vecna's cultists, who have sworn to guard the Eye of Vecna for all time.  Id. at 38–39, 60.  Despite warnings that recovering the Eye could allow the return of Lord Vecna, the adventurers steal a holy | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002.<br><br>Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702. |

15

816703

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

| ITEMS OBJECTED TO | OBJECTION |
| --- | --- |
| medallion from the monastery, which acts as a key that allows access into the vault where the Eye is located. Id. at 69–73. | The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised. Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact. *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987).<br><br>Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable. Federal Rules of Evidence § 602. |
| 21.     Paragraph 24:  "After fighting off cultists and warrior clerics, and navigating the traps in the vault, Hightower and Karroway are betrayed at the last moment by Trickfoot, who takes the Eye of Vecna for himself. Id. at 76–86.  After cutting out his own left eye and replacing it with the Eye of Vecna, Trickfoot reveals himself as the leader of the cultists and the living embodiment of Lord Vecna's spirit. Id. at 86.  He then teleports away, attacks the monastery of Saint Cuthbert, and leaves to find the Hand of Vecna. 17 Id. at 86–93." | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002.<br><br>Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702.<br><br>The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised. Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987). |

16

816703

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| | Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable.  Federal Rules of Evidence § 602. |
| 22.     Paragraph 25:  "The night after Trickfoot's betrayal, Hightower discovers that his sword is actually the Sword of Kas and that it enables him to magically locate Vecna across great distances.  Id. at 96–97.  One of the monks of Saint Cuthbert recounts the story  of how Kas the Bloody-Handed betrayed Vecna with the Sword of Kas so that he could take the Spidered Throne.  Id. at 98–100.  Hightower realizes that he was chosen by Kas the Bloody-Handed, now trapped in an alternate dimension called the Plane of Ash, to defeat Lord Vecna.  Id at 101.  Hightower, Karroway, and the leader of the monastery set out after Trickfoot and the cultists, determined to fulfill Hightower's destiny and save the world.  Id. at 102–03." | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002.

Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702.

The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987).

Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable.  Federal Rules of Evidence § 602. |
| 23.     Paragraph 26:  "The heroes use the Sword to deduce that Trickfoot is | Best evidence rule:  The declarant is purporting to describe the contents of |

816703

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| heading for the Cold Marshes.  Id. at 105.  They arrive at the hidden location of the Hand of Vecna ahead of the cultists, but discover the artifact is guarded by an undead dragon, called a Dracolich.  Id. at 116.  Shortly after the adventurers accidentally wake the Dracolich, the cultists arrive and a battle ensues in which the heroes must defeat both the undead dragon and the cultists.  While Hightower fights the Dracolich, Karroway wrestles with one of Vecna's minions, a hulking, fantastically strong creature that has a giant hand sprouting from his neck instead of a head.  Id. at 119." | the Chainmail script and other written materials.  Federal Rules of Evidence § 1002.  Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702.  The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987).  Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable.  Federal Rules of Evidence § 602. |
| 24.      Paragraph 26, footnote 13:  "This creature is taken directly from Vecna Lives! (1990) whole-cloth.  See Ex. C-153.  In both, this monster works alongside Vecna's cultists, possesses supernatural strength, is mute, and conceals its hand-head with a mask when moving about in public." | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002.  Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702. |

18

816703

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
|  | The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised. Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact. *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987). |
|  | Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable. Federal Rules of Evidence § 602. |
| 25.     Paragraph 27:  "Although Hightower eventually destroys the Dracolich, in the ensuing confusion Trickfoot succeeds in obtaining the Hand of Vecna.  Id. at 121.  Trickfoot then severs his own left arm, attaching the Hand of Vecna to his bloody stump.  Id. at 123.  Having united the Eye and the Hand, Trickfoot is transformed and reborn as Lord Vecna.  Id. at 123.  Hightower makes a last-ditch effort to stop Lord Vecna, and the two engage in a swordfight.  Id. at 124.  Finally, although close to death, Hightower succeeds in destroying Lord Vecna using the Sword of Kas and saves the | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002. |
|  | Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702. |
|  | The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised. Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact. *Seiler v. Lucas Film, Ltd.*, 808 |

19

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

816703

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| world.  Id.” | F.2d 1316, 1319 (9th Cir. 1987). Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable.  Federal Rules of Evidence § 602. |
| 26.     Paragraph 28:  “Based on my analysis of Chainmail and extensive knowledge of the various editions of the Core Books and Wizards Materials, I concluded that the script contains a breathtaking number of Infringing Elements drawn directly from the D&D intellectual property.  Stripped of the World of Greyhawk, Lord Vecna (along with the Vecna Artifacts), and the dozens of other creative elements taken from Wizards Materials, Chainmail is reduced to a few generic adventurer protagonists pursuing the “Hero’s Journey.”  In short, each and every unique, creative, expressive element contained in Chainmail is directly traceable to Wizards Materials.” | Best evidence rule:  The declarant is purporting to describe the contents of the Chainmail script and other written materials.  Federal Rules of Evidence § 1002. Opinion.  The declarant is stating his opinion regarding the chainmail script and the other written materials.  Federal Rules of Evidence §§ 701-702. The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd.*, 808 F.2d 1316, 1319 (9th Cir. 1987). Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable.  Federal Rules of Evidence § 602. |
| 27.     Paragraph 29:  “Dungeons & | Lack of Foundation:  The declarant |

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

20

816703

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| Dragons is perhaps the most famous, most popular, and most commercially successful role-playing game of all time.  Indeed, D&D is widely regarded as having created the modern role-playing game industry and Wizards remains a market leader to this day.  Wizards and Hasbro have sold more than $ 100 million in D&D source materials and related licensed merchandise between 2010 and 2012 alone." | does not provide any basis for his personal knowledge regarding the stated information.  Federal Rules of Evidence § 602.<br><br>Opinion.  The declarant is stating his opinion regarding the referenced information.  Federal Rules of Evidence §§ 701-702.<br><br>The declarant fails to proffer the underlying, allegedly protected material upon which his comparison is premised.  Moreover, the comparison undertaken by the declarant is the exclusive province of the Court and/or trier of fact.  *Seiler v. Lucas Film, Ltd*., 808 F.2d 1316, 1319 (9th Cir. 1987).<br><br>Lack of foundation:  The declarant fails to set forth a factual predicate for his alleged personal knowledge that the underlying material is protectable.  Federal Rules of Evidence § 602. |
| 28.     Paragraph 31:  "Wizards also owns the trademark in the abbreviation 'D&D,' and the names of individual products, including Player's Handbook, Dungeon Master's Guide, and Monster Manual.  Maintaining these trademarks is essential to Wizards because when players see the 'Dungeons & Dragons' trademark on Wizards Materials, they | Speculation:  The declarant is stating his speculation regarding what "players" will deem "genuine." Federal Rules of Evidence §§ 602, 701-702.<br><br>Opinion:  The declarant is stating his speculation regarding what "players" will deem "genuine."  Federal Rules of |

EVIDENTIARY OBJECTIONS TO DECLARATION OF JAMES WYATT

816703

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

| ITEMS OBJECTED TO | OBJECTION |
|---|---|
| trust that it is a genuine product related to the immensely popular D&D universe." | Evidence §§ 701-702.<br><br>No foundation: The declarant provides no factual basis for his speculation and opinion regarding when "players" will deem "genuine." Federal Rules of Evidence § 602. |

DATED: July 26, 2013

GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP


By: /s/ G. Jill Basinger
    PATRICIA L. GLASER
    G. JILL BASINGER
    DAVID SERGENIAN
    *Attorneys for Defendants Sweetpea Entertainment, Inc. and Sweetpea B.V.I. Ltd.*

EVIDENTIARY OBJECTIONS TO DECLARATION OF JAMES WYATT

816703