1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

HASBRO, INC., *et al.*,

          Plaintiffs,

v.

SWEETPEA ENTERTAINMENT, INC., *et al.*,

          Defendants.

CASE NO.  13-CV-3406-DMG (JCGx)

**ORDER TO SEAL DEFENDANTS' DOCUMENTS [56]**

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

**1**

817383

WHEREAS on July 23, 2013, this Court ordered portions of the Declaration of James Wyatt (the "Wyatt Declaration") and Plaintiffs' Statement of Genuine Disputes and Uncontroverted Facts ("Statement of Genuine Disputes") to be filed under seal ("Order Granting Plaintiffs' Application to File Documents Under Seal") (Dkt 47); and

WHEREAS the Order Granting Plaintiffs' Application to File Documents Under Seal was granted on the grounds that the Wyatt Declaration and Statement of Genuine Disputes contained references to the contents of a script entitled "*Chainmail*" ("Script Content"); Plaintiffs have a good faith belief that the Script Content contains Warner Bros. Picture's confidential, proprietary information; and sealing those documents containing Script Content is necessary to protect this information; and

WHEREAS on July 26, 2013, Defendants' filed their Consolidated Separate Statement of Undisputed Facts in Support of Defendants' Motion for Summary Judgment and/or Partial Summary Judgment [Doc. # 43–1], which contains references to the Statement of Genuine Issues and Script Content, and Evidentiary Objections to the Declaration of James Wyatt in Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment [Doc. # 46], which contain references to the Wyatt Declaration and Script Content;

IT IS HEREBY ORDERED THAT the following documents, which contain confidential and proprietary information, shall be filed under seal:

1.      Defendants' Consolidated Separate Statement of Undisputed Facts in Support of Defendants' Motion for Summary Judgment and/or Partial Summary Judgment [Doc. # 43–1];

2.      Evidentiary Objections to the Declaration of James Wyatt in Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment [Doc. # 46]

IT IS HEREBY FURTHER ORDERED THAT Defendants shall file public

2

817383

versions of the documents with the following redactions:

    1.    Defendants' Consolidated Separate Statement of Undisputed Facts in Support of Defendants' Motion for Summary Judgment and/or Partial Summary Judgment [Doc. 43–1], which contain Script Content:

    Page ID # 917, line 25 through Page ID # 918, line 1 (left column);

    Page ID # 918, full sentence from line 6 through line 7;

    Page ID # 918, lines 11–14 (left column only);

    Page ID # 919, lines 18–20 (left column only);

    Page ID # 920, line 12;

    Page ID # 920, lines 15–22 (left column only);

    Page ID # 921, lines 12–14;

    Page ID # 921, lines 15–17 (left column only);

    Page ID # 921, full sentence from line 22 through line 23;

    Page ID # 921, line 27 through Page ID # 922, line 13 (left column only);

    Page ID # 922, full sentence from line 17 through line 18; and

    Page ID # 922, line 27 through Page ID # 925, line 9 (left column only).

    2.    Evidentiary Objections to the Declaration of James Wyatt in Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment [Doc. 46], which contain Script Content:

    Page ID # 975, line 25 through Page ID # 991, line 22 (left column only).

**IT IS SO ORDERED**.

DATED:   August 13, 2013

_____
DOLLY M. GEE
United States District Judge

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP