UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 13-3406 DMG (JCGx) | Date | January 17, 2014 |
|---|---|---|---|

| Title | *Hasbro, Inc., et al. v. Sweetpea Entertainment, Inc., et al.* | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|

**Proceedings: IN CHAMBERS – REQUEST FOR SUPPLEMENTAL BRIEFING**

On December 13, 2013, Defendants Sweetpea B.V.I. and Sweetpea Entertainment, Inc. filed a motion for partial summary judgment of Plaintiffs' copyright and trademark claims. [Doc. # 80.]  In their opposition to Defendants' motion, Plaintiffs Hasbro, Inc. and Wizards of the Coast, L.L.C. assert that "Hasbro owns the rights (including copyrights and trademarks) in and to the [*Dungeons & Dragons*] property . . . ." (Opp'n at 3.) Plaintiffs specifically assert that the rights to the protected elements from the original *Dungeons & Dragons* Property reverted to Hasbro, and they argue that Sweetpea engaged in unauthorized use of the *Dungeons & Dragons* trademark in connection with their alleged sale of the trademark rights to Warner Brothers and subsequent promotion of a Warner Brothers film. (*Id.* at 14.) Defendants do not directly address Plaintiffs' arguments regarding Plaintiffs' rights. Rather, Defendants contend as follows:

> There is no dispute that the title rights did not revert. Therefore, it is irrelevant whether or not Sweetpea licensed the title rights or merely planned to license the title rights. The title rights are Sweetpea's to license at its will.

(Defendants' Consolidated Separate Statement of Uncontroverted Facts at 12.)

It is clear that the parties dispute who has the right to license the copyrights and trademarks in this case, but neither of the parties cites to and discusses their interpretation of their underlying license agreement and the amendments to that agreement in the briefing on Defendants' partial summary judgment motion. Accordingly, the Court requests that the parties file supplemental briefing addressing the following questions:

1. Is Sweetpea authorized to license the right to use the *Dungeons & Dragons* trademark in the primary title of a motion-picture? Cite to the evidence supporting your answer.

2. Who is authorized to license the right to use the *Dungeons & Dragons* copyrighted material? Cite to the evidence supporting your answer.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk kti |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No.  **CV 13-3406 DMG (JCGx)** | Date  January 17, 2014 |
| Title  *Hasbro, Inc., et al. v. Sweetpea Entertainment, Inc., et al.* | Page  2 of 2 |

    3. Is Sweetpea authorized to license the right to use the *Advanced Dungeons & Dragons* copyrighted material? Cite to the evidence supporting your answer.

Defendants will file a supplemental brief no later than **January 21, 2014**, and Plaintiffs will file their response no later than **January 23, 2014**. Each supplemental brief will be no longer than 10 pages.

**IT IS SO ORDERED.**