UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-3406-DMG (JCGx) | Date | July 1, 2014 |
| Title | Hasbro, Inc., et al. v. Sweetpea Entertainment, Inc., et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Maura Wogan<br>Jeremy Goldman | G. Jill Basinger |

**Proceedings:** TELEPHONIC CONFERENCE

The cause is called and counsel state their appearance. The Court is informed that settlement is not reached. The Court Trial on September 16, 2014 at 8:30 a.m. will proceed as scheduled. The parties shall comply with the Scheduling and Case Management Order issued concurrently herewith.

THERE SHALL BE NO FURTHER REQUESTS FOR CONTINUANCE.

: 13