UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 13-3406-DMG(JCGx)** | Date | September 5, 2014 |
|---|---|---|---|

| Title | *Hasbro, Inc., et al. v. Sweetpea Entertainment, Inc., et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER RE TIME LIMITS FOR TRIAL**

In the Final Pretrial Conference Order, the Court allocated six days for the trial of this case (September 16-23, 2014).  [Doc. # 194 at 3.]  In accordance with that schedule and taking into account opening statements and closing arguments, Plaintiff shall complete its case-in-chief within 16 hours, inclusive of cross-examination of defense witnesses, and Defendant shall complete its defense case within 16 hours, inclusive of cross-examination of Plaintiff's witnesses.  If a witness has provided direct testimony by declaration pursuant to the Court's Case Management Order Re Court Trial [Doc. # 201], the Court will permit "live" questioning only for cross-examination and re-direct of each such witness.

**IT IS SO ORDERED.**