**MAURA J. WOGAN** (admitted *pro hac vice*)
**JEREMY S. GOLDMAN** (admitted *pro hac vice*)
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
488 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (212) 980-0120
Facsimile: (212) 593-9175
E-Mail: mwogan@fkks.com
          jgoldman@fkks.com

**MICHAEL E. WEINSTEN** (SBN 155680)
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-Mail: mweinsten@lavelysinger.com

Attorneys for Plaintiffs HASBRO, INC.
and WIZARDS OF THE COAST LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASBRO, INC., a Rhode Island corporation; and WIZARDS OF THE COAST LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br>vs.<br>SWEETPEA ENTERTAINMENT, INC., a Delaware corporation; and SWEETPEA B.V.I. LTD., a British Virgin Islands corporation,<br><br>　　　　　Defendants.<br><br>SWEETPEA B.V.I. LTD.,<br><br>　　　　　Counter-Claimant,<br>vs.<br>HASBRO, INC., and WIZARDS OF THE COAST, LLC,<br><br>　　　　　Counter-Defendants. | Case No.: CV 13-03406-DMG (JCG)<br><br>[HON. DOLLY M. GEE]<br><br>**DECLARATION OF ANDREW J. UNGBERG REGARDING PLAINTIFFS' TRIAL WITNESS TIME ESTIMATE FORM**<br><br>Trial Date: Sept. 16, 2014 |

I, ANDREW J. UNGBERG, declare:

1. I am an attorney licensed to practice law in the State of New York and am admitted *pro hac vice* in this Court to represent Plaintiffs and Counter-Defendants Hasbro, Inc. and Wiards of the Coast LLC in this action. I make this declaration on the basis of personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Trial Witness Time Estimate Form dated September 15, 2014 ("Plaintiffs' Witness Form").

3. On the first day of trial in this action, September 16, 2014, I provided to Courtroom Deputy Clerk Tien three copies of Plaintiffs' Witness Form pursuant to the individual trial practices of this Court.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2014.

_____
ANDREW J. UNGBERG