**MAURA J. WOGAN** (admitted *pro hac vice*)
**JEREMY S. GOLDMAN** (admitted *pro hac vice*)
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
488 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (212) 980-0120
Facsimile: (212) 593-9175
E-Mail: mwogan@fkks.com
           jgoldman@fkks.com

**MICHAEL E. WEINSTEN** (SBN 155680)
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-Mail: mweinsten@lavelysinger.com

Attorneys for Plaintiffs HASBRO, INC.
and WIZARDS OF THE COAST LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASBRO, INC., a Rhode Island corporation; and WIZARDS OF THE COAST LLC, a Delaware limited liability company,<br><br>     Plaintiffs,<br><br>     vs.<br><br>SWEETPEA ENTERTAINMENT, INC., a Delaware corporation; and SWEETPEA B.V.I. LTD., a British Virgin Islands corporation,<br><br>     Defendants.<br><br>SWEETPEA B.V.I. LTD.,<br><br>     Counter-Claimant,<br><br>     vs.<br><br>HASBRO, INC., and WIZARDS OF THE COAST, LLC,<br><br>     Counter-Defendants. | Case No.: CV 13-03406-DMG (JCG)<br><br>[HON. DOLLY M. GEE]<br><br>**PLAINTIFFS' TRIAL WITNESS TIME ESTIMATE FORM**<br><br>Pretrial Conference: February 25, 2014<br>Trial Date: September 16, 2014 |

STIPULATION AND AMENDED JOINT TRIAL WITNESS TIME ESTIMATE FORM

Pursuant to this Court's Scheduling and Case Management Order Re: Court Trial, dated July 1, 2014, Plaintiffs Hasbro, Inc. and Wizards of the Coast, LLC hereby submit the Trial Witness Time Estimate Form attached hereto as Exhibit A.

Dated: September 15, 2014     FRANKFURT KURNIT KLEIN & SELZ P.C.
                              BY: / S/ *Maura Wogan*
                                    MAURA J. WOGAN
                                    JEREMY S. GOLDMAN

Dated: September 15, 2014     LAVELY & SINGER P.C.
                              BY: / S/ *Michael E. Weinsten*
                                    MICHAEL E. WEINSTEN (No. 155680)

                              *Attorneys for Plaintiffs Hasbro, Inc. and Wizards of the Coast LLC*

**EXHIBIT A**

**PLAINTIFFS' TRIAL WITNESS TIME ESTIMATE FORM**

Case No. and Title: CV 13-03406-DMG (JCG), *Hasbro, Inc. and Wizards of the Coast LLC v. Sweetpea Entertainment, Inc. and Sweetpea B.V.I. Ltd.*

Trial Date: September 16, 2014

| No. | Witness | | | | |
|---|---|---|---|---|---|
| 1. | **Lee Rosenbaum, Esq., Equitable Stewardship for Artists, LLC** | | | | |
| | Direct Examiner: | Hasbro | Method of Testimony: | | Trial Declaration |
| | Cross Examiner: | Sweetpea | Cross Exam Time Est.: | | 2 |
| | Brief Description of Testimony: | The lawsuit filed in 1998 by TSR against Sweetpea; the negotiation of the First and Second Amendments to the License Agreement between TSR and Hasbro; the intentions of the parties concerning those Amendments. | | | |
| 2. | **Roger Toll, Esq.** | | | | |
| | Direct Examiner: | Hasbro | Method of Testimony: | | Trial Declaration |
| | Cross Examiner: | Sweetpea | Cross Exam Time Est.: | | 2 |
| | Brief Description of Testimony: | Expert testimony concerning how certain terms of the Agreement would be understood and operate according to the custom and practice of the motion picture entertainment industry. | | | |
| 3. | **Steve Richards, Co-President, Silver Pictures** | | | | |
| | Direct Examiner: | Hasbro | Method of Testimony: | | Deposition Designation\ |
| | Cross Examiner: | Sweetpea | Cross Exam Time Est.: | | 2 |
| | Brief Description of Testimony: | Sweetpea's and Silver Picture's exploitation of the motion picture rights in the *D&D* property; the rights payments made to Hasbro in connection with such exploitation; the development of *The Book of Vile Darkness*. | | | |

| | | | |
|---|---|---|---|
| 4. | **Liz Schuh, Head of Publishing and Licensing, Wizards of the Coast ("WoTC")** | | |
| | Direct Examiner: | Hasbro | Method of Testimony: | Trial Declaration |
| | Cross Examiner: | Sweetpea | Cross Exam Time Est.: | 1 |
| | Brief Description of Testimony: | The nature of WoTC's business; the nature and value of the *D&D* property; Hasbro/WoTC's copyright and trademark registrations in connection with the *D&D* property; communications between Silver Pictures and WoTC related to *D&D*, including the development and exploitation of *Dungeons & Dragons: Wrath of the Dragon God* and *Dungeons & Dragons: The Book of Vile Darkness*.  The content of *Dungeons & Dragons*, *Dungeons & Dragons: Wrath of the Dragon God*, and *Dungeons & Dragon: The Book of Vile Darkness* | | |
| 5. | **Jun Oh, Senior Vice President, Warner Brothers** | | |
| | Direct Examiner: | Hasbro | Method of Testimony: | Deposition Designations |
| | Cross Examiner: | Sweetpea | Cross Exam Time Est.: | 1 |
| | Brief Description of Testimony: | Hasbro's discussions with Warner Brothers concerning the movie rights in the *D&D* property; Sweetpea's negotiations with Warner Brothers and its agreement with Warner Brothers for the exploitation of certain rights in the *D&D* property; the development of the Warner Brothers *D&D* movie project. | | |
| 6. | **James Wyatt, Former Creative Manager for *D&D*, WoTC** | | |
| | Direct Examiner: | Hasbro | Method of Testimony: | Trial Declaration |
| | Cross Examiner: | Sweetpea | Cross Exam Time Est.: | 1.5 |
| | Brief Description of Testimony: | The nature of, and creative elements comprising, *Dungeons & Dragons*; the content of the *Chainmail* script; similarities between elements appearing in the *Chainmail* script and elements in certain WoTC publications. | | |

| 7. | **\*Jon Gibson, Senior Vice President of Business Affairs, Universal City Studios, Inc.** *(Plaintiffs reserve the right to call this witness on rebuttal)* | | | |
|---|---|---|---|---|
| | Direct Examiner: | Hasbro | Direct Exam Time Est.: | .5 |
| | Cross Examiner: | Sweetpea | Cross Exam Time Est.: | 1 |
| | Brief Description of Testimony: | The agreement between Hasbro and Universal for the exploitation of certain rights in the *D&D* property; the development of the Universal *D&D* movie project. | | |
| 8. | **\*Bennett Schneir, former Senior Vice-President of Hasbro Studios** *(Plaintiffs reserve the right to call this witness on rebuttal)* | | | |
| | Direct Examiner: | Hasbro | Direct Exam Time Est.: | .5 |
| | Cross Examiner: | Sweetpea | Cross Exam Time Est.: | 1 |
| | Brief Description of Testimony: | The creative development of the Universal *D&D* move project. | | |
| 9. | **\*Michael Eisner, Senior Vice-President, Legal and Business Affairs of Hasbro Studios** *(Plaintiffs reserve the right to call this witness on rebuttal)* | | | |
| | Direct Examiner: | Hasbro | Direct Exam Time Est.: | .5 |
| | Cross Examiner: | Sweetpea | Cross Exam Time Est.: | 2 |
| | Brief Description of Testimony: | The nature of Hasbro's business, including its exploitation of its intellectual property in the entertainment industry. The nature and value of the *D&D* property; Hasbro's/WOTC's copyright and trademark registrations for the *D&D* property; Hasbro's discussions with Warner Brothers concerning potential licensing of the movie rights in the *D&D* property; the negotiation between Hasbro and Warner Brothers relating to certain rights in the *D&D* property; the negotiation and agreement between Hasbro and Universal for the exploitation of certain rights in the *D&D* property; the development of the Universal *D&D* movie project. | | |

| 10. | Courtney Solomon, Chairman and President, Sweetpea (Adverse Party) | Party admissions submitted via deposition designations filed August 26, 2014. |
|---|---|---|
|   |   |   |