# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 13-3406-DMG (JCGx) |
| Title: | Hasbro, Inc., et al. v. Sweetpea Entertainment, Inc., et al. |
| Date | September 18, 2014 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien / Isabel Martinez | Anne Kielwasser / Lisa Gonzalez |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Maura Wogan<br>Jeremy Goldman<br>Michael Weinsten<br>Andrew J. Ungberg | Patricia Glaser<br>Christopher G. Caldwell |

3rd       Day Court Trial              Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X Held & Continued;   ___ Completed by jury verdict.

___ The Jury is impaneled and sworn.
___ Opening statements made by
X Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
___ Plaintiff(s) rest.                   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.                    ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.                         ___ Polling waived.
___ Filed Witness & Exhibit Lists        ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for                ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by
___ Motion to dismiss by _____ is ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____ is ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to   September 19, 2014 at 8:30 a.m.   for further trial.
___ Other:

5 : 28

Initials of Deputy Clerk   KT