**MAURA J. WOGAN** (admitted *pro hac vice*)
**JEREMY S. GOLDMAN** (admitted *pro hac vice*)
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
488 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (212) 980-0120
Facsimile: (212) 593-9175
E-Mail:  mwogan@fkks.com
          jgoldman@fkks.com

**MICHAEL E. WEINSTEN** (SBN 155680)
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-Mail:  mweinsten@lavelysinger.com

Attorneys for Plaintiffs / Counter-Defendants
HASBRO, INC. and WIZARDS OF THE COAST LLC

**PATRICIA L. GLASER** (SBN 55668)
**G. JILL BASINGER** (SBN 195739)
**GLASER WEIL FINK**
**HOWARD AVCHEN & SHAPIRO LLP**
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920
E-mail:  pglaser@glaserweil.com
          jbasinger@glaserweil.com

**CHRISTOPHER G. CALDWELL (SBN 106790)**
**LINDA M. BURROW (SBN 194668)**
**CALDWELL LESLIE & PROCTOR, PC**
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022
E-Mail:  caldwell@caldwell-leslie.com
          burrow@caldwell-leslie.com

Attorneys for Defendants / Counter-Claimants
SWEETPEA ENTERTAINMENT, INC.
and SWEETPEA B.V.I. LTD.

4843-8108-1630

STIPULATION OF THE PARTIES CONCERNING ADMISSION
OF TRIAL EXHIBITS IN EVIDENCE

1

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASBRO, INC., a Rhode Island corporation; and WIZARDS OF THE COAST LLC, a Delaware limited liability company, | )Case No.: CV 13-03406-DMG (JCG) |
| | )[HON. DOLLY M. GEE] |
| Plaintiffs, | )**STIPULATION OF THE PARTIES** |
| vs. | )**CONCERNING ADMISSION OF TRIAL** |
| | )**EXHIBITS IN EVIDENCE** |
| SWEETPEA ENTERTAINMENT, INC., a Delaware corporation; and SWEETPEA B.V.I. LTD., a British Virgin Islands corporation, | )Trial Date:   September 16, 2014 |
| Defendants. | ) |
| | ) |
| | ) |
| AND | ) |
| RELATED COUNTERCLAIMS | ) |

4843-8108-1630

Plaintiffs / Counter-Defendants Hasbro, Inc. and Wizards of the Coast LLC (together "Hasbro") and Defendants / Counter-Claimants Sweetpea Entertainment, Inc. and Sweetpea B.V.I. LTD (together "Sweetpea"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, prior to the start of trial in this action, the parties filed a Second Amended Pretrial Exhibit Stipulation dated September 15, 2014 (ECF No. 265) (the "Prior Stipulation");

WHEREAS, prior to, during and after the trial, the parties submitted a number of documents and other materials as trial exhibits (together, the "Trial Exhibits");

WHEREAS, on the last day of trial, the parties conferred and prepared a list of (i) the Trial Exhibits that were admitted by the Court during the course of trial; **and** (ii) the additional Trial Exhibits that the parties agreed should be admitted into evidence (together, the "Admitted Exhibits");

WHEREAS, the Court directed the parties to file a stipulation to memorialize this agreement concerning the Admitted Exhibits;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1.     This stipulation shall supersede and replace the Prior Stipulation.

2.     In the list below, the Admitted Exhibits are indicated by a "√" in the column labeled "Admitted."

3.     For the sake of clarity, the parties acknowledge that the Admitted Exhibits designated below include both (i) the Trial Exhibits that previously were admitted by the Court during the course of trial; **and** (ii) the additional Trial Exhibits that the parties agree should be admitted into evidence.

4843-8108-1630

4. To the extent not previously admitted by the Court during trial, all Admitted Exhibits shall be deemed to have been admitted into evidence during trial.

5. The parties acknowledge that, as set forth below, certain Admitted Exhibits were admitted by the Court during trial for a limited purpose. This stipulation shall not affect or expand, in any way, the limited purpose for which such exhibits were admitted into evidence by the Court.

6. The parties acknowledge that certain Admitted Exhibits contain proprietary business information that is likely to cause significant financial harm and damage to either Sweetpea's or Hasbro's competitive position if such information were to be made public. Where indicated in the list below, the parties agree that such Admitted Exhibits shall be admitted under seal.

| Ex. No | Description | Admitted | Note |
|--------|-------------|----------|------|
| 1 | Option Agreement | √ | |
| 2 | Renewal of Option Agreement between TSR and Sweetpea Ent. Corp. | | |
| 3 | Letter Agreement w/ Dan Ireland re Topper and Cartwright | | |
| 4 | Letter Agreement | | |
| 5 | Letter Agreement with Exhibits (including License Agreement) | | |
| 6 | Sweetpea's Payment under Option Agreement | | |
| 7 | Assignment and Acknowledgment Agreement | | |
| 8 | Transfer Agreement | | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 9 | Letter from C. Solomon re Repayment of $350,000 Limited Recourse Note | | |
| 10 | Exercise of Option | | |
| 11 | Notice of Wire Transfer | | |
| 12 | Exclusive License Agreement | √ | |
| 13 | Letter from W. Martens to C. Solomon re New License Agreement | | |
| 14 | Writer Employment Agreement | | |
| 15 | Certificate of Copyright Registration for Dungeons & Dragons: The Movie | | |
| 16 | Assignment (SEC to SP BVI) | | |
| 17 | Letter from C. Solomon to TSR, Inc. (enclosing Letter from S. Richards to C. Solomon dated 4/21/1997) | √ | |
| 18 | Letter from S. Richards to C. Solomon re Dungeons & Dragons | √ | |
| 19 | Letter from K. Sanchez to C. Solomon | | |
| 20 | Draft Amendment | | |
| 21 | Letter from C. Solomon to P. Atkinson | √ | |
| 22 | Letter from C. Solomon to B. Kemp | √ | |
| 23 | Letter from C. Solomon to J. Christianson | | |
| 24 | Letter from J. Christianson to Sweetpea Entertainment Corp. | √ | |
| 25 | Letter agreement between Sweetpea Entertainment and Joel Silver | √ | |
| 26 | Letter from S. Jeffrey to L. Rosenbaum | √ | |
| 27 | Letter agreement btwn Charlie Sub, Inc. and  Sweetpea Ent., Inc. | | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 28 | Letter from L. Rosenbaum to S. Jeffrey | √ | |
| 29 | Letter from S. Jeffrey to L. Rosenbaum | √ | |
| 30 | Complaint - TSR, Inc. v. Sweetpea Entertainment Corporation | √ | |
| 31 | Notice of Mediation for TSR & Sweetpea | | |
| 32 | Letter from R. Barnes to L. Rosenbaum and B. Isaacs re: TSR, Inc. v. Sweetpea Entertainment Corp., et al. | √ | |
| 33 | Letter from L. Rosenbaum to S. Jeffrey re Amendment to the Exclusive Irrevocable License Agreement | √ | |
| 34 | Letter from S. Jeffrey to L. Rosenbaum attaching redline to draft Amendment to the Exclusive Irrevocable License Agreement | √ | |
| 35 | Letter from L. Rosenbaum to S. Jeffrey | √ | |
| 36 | Letter from S. Jeffrey to L. Rosenbaum re: "Dungeons and Dragons: The Movie" | √ | |
| 37 | Amendment to the Exclusive Irrevocable License Agreement between TSR and Sweetpea | √ | |
| 38 | Fax from S. Jeffrey to L. Rosenbaum re: Dungeons & Dragons | √ | |
| 39 | INTENTIONALLY OMITTED | | |
| 40 | Letter from L. Rosenbaum to S. Jeffrey | √ | |
| 41 | Letter from L. Rosenbaum to S. Jeffrey, et al. | √ | |
| 42 | Letter from L. Rosenbaum to S. Jeffrey, et al. | √ | |

4843-8108-1630

STIPULATION OF THE PARTIES CONCERNING ADMISSION
OF TRIAL EXHIBITS IN EVIDENCE

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 43 | Letter from S. Jeffrey to L. Rosenbaum | √ | |
| 44 | Letter from S. Jeffrey to L. Rosenbaum | √ | |
| 45 | Letter from S. Jeffrey to L. Rosenbaum | √ | |
| 46 | Settlement Agreement | √ | |
| 47 | Letter from S. Jeffrey to L. Rosenbaum | √ | |
| 48 | Jeffrey Draft Long Form | √ | |
| 49 | Intentionally Omitted | | |
| 50 | Letter from L. Rosenbaum to S. Jeffrey re: TSR, Inc. - "Dungeons & Dragons" | √ | |
| 51 | Letter from L. Rosenbaum to S. Jeffrey | √ | |
| 52 | Letter from B. Isaacs to R. Barnes | √ | |
| 53 | Letter from R. Barnes to B. Isaac | | |
| 54 | Letter from L. Rosenbaum to R. Barnes and S. Jeffrey | √ | |
| 55 | Letter from R. Barnes to L. Rosenbaum | √ | |
| 56 | Letter from L. Rosenbaum to C. Solomon, N. Leong, A. Zeman | | |
| 57 | Letter from L. Rosenbaum to S. Jeffrey | √ | |
| 58 | Letter from L. Rosenbaum to S. Jeffrey | | |
| 59 | Letter from J. Christianson to C. Solomon | √ | |
| 60 | Letter from L. Rosenbaum to S. Jeffrey | √ | |
| 61 | Letter from B. Isaacs to R. Barnes | √ | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 62 | Letter from R. Barnes to B. Isaacs | √ | |
| 63 | Letter from B. Isaacs to R. Barnes | | |
| 64 | Letter from R. Barnes to B. Isaacs | √ | |
| 65 | Letter from B. Isaacs to R. Barnes | | |
| 66 | Letter from C. Solomon to J. Christianson | √ | |
| 67 | Letter from J. Christianson to C. Solomon | √ | |
| 68 | Letter from C. Solomon to J. Christianson | √ | |
| 69 | Letter from B. Isaacs to R. Barnes | | |
| 70 | Letter from C. Solomon to J. Christianson | | |
| 71 | Letter from C. Solomon to J. Christianson | √ | |
| 72 | Letter from J. Christianson to C. Solomon | √ | |
| 73 | Amendment to Agreement | √ | |
| 74 | Letter from L. Rosenbaum to R. Barnes | √ | |
| 75 | Letter from R. Barnes to B. Isaacs | √ | |
| 76 | Settlement Agreement and Mutual General Release | √ | |
| 77 | Writer Deal Employment Agreement Theatrical Motion Picture | | |
| 78 | Modifications to Agreement between Sweetpea Entertainment, Inc. and Silver Pictures, Inc. | | |
| 79 | Letter from C. Solomon to J. Christianson | √ | |
| 80 | Letter from B. Isaacs to R. Barnes | | |
| 81 | Letter from R. Barnes to B. Isaacs | | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 82 | Letter from B. Isaacs to R. Barnes | | |
| 83 | Letter from R. Barnes to B. Isaacs | | |
| 84 | Assignment (BVI to SP Ent., Inc.) | √ | |
| 85 | Letter agreement between Sweetpea BVI, Sweetpea Entertainment Inc., and Ismir Productions | √ | |
| 86 | Email from C. Solomon to S. Richards re: FW DUNGEONS AND DRAGONS - THE SEQUEL: CHAIN OF TITLE (with attachment) | | |
| 87 | Letter from S. Richards to C. Monroe (with enclosure) | √ | |
| 88 | Agreement between Hasbro and Ismir Productions, Inc. | √ | |
| 89 | Amendment to Agreement between Sweetpea BVI Ltd. and Ismir Productions, Inc. | √ | |
| 90 | Fax from C. Monroe to S. Richards re: D&D the sequel | √ | |
| 91 | Account Statement Details Report (Wire Transfer $116,666) | √ | |
| 92 | Dungeons & Dragons - The Elemental Might US $ Budget | √ | |
| 93 | Agreement between Universal Television Networks and First Look Media | √ | |
| 94 | Email from E. Shapiro to C. Solomon re: Question | | |
| 95 | Email From C. Solomon to rstoll@lionsgate.com, R. Cannella re: Dungeons and dragons | √ | |
| 96 | Email from C. Regina to C. Solomon, rstroll@lionsgate.com, R. Cannella re: Dungeons and dragons | √ | |
| 97 | Email from M. Burns to C. Solomon re: Follow Up | | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 98 | Program Acquisition Contract Summary | | |
| 99 | Email from R. Stoll to C. Solomon and S. Caleb re: FW: UTN/Lions Gates: "Dungeons and Dragons 3" and "Dungeons and Dragons 4" License Agreement with attached License Agreements | √ | |
| 100 | Email from B. Schneir to C. Reeter re Silver Pictures and D&D | √ | The statements of E. Olsen and N. McIllhargey are admitted other than for the truth of the matter asserted. The remainder of the exhibit is admitted for all purposes. |
| 101 | Email from C. Solomon to K. Kasha re Dungeons & Dragons | √ | |
| 102 | Email from M. Diamant to C. Solomon re: Dungeons & Dragons 3 and 4 | | |
| 103 | Email from S. Richards to C. Solomon re Dungeons & Dragons | √ | |
| 104 | Email from S. Richards to C. Solomon re: [FWD: Fw: DD3] | √ | |
| 105 | Email from: C. Solomon to C. Regina, C. Vitale, R. Cannella, K. O'Hara re: Fw: D&D3 attached (with attachment) | √ | |
| 106 | Email from C. Perkins to L. Schuh re: Syfy Original movies | √ | |
| 107 | Email from S. Richards to T. Vitale, K. Ohara re: DD3 (with attachment) | √ | |
| 108 | Email from K. O'Hara to S. Richards, T. Vitale re: DD3 | √ | |
| 109 | Email from S. Richards to K O'Hara, T. Vitale re: DD3 | | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 110 | Book of Vile Darkness Writer Employment Agreement | √ | |
| 111 | Email from S. Richards to T. Vitale and K. O'Hara | √ | |
| 112 | Email from C. Solomon to T. Vitale, C. Regina, R. Cannell and K. O'Hara | | |
| 113 | Email from L. Mukerjee to K. O'Hara | | |
| 114 | Email from B. Schneir to C. Reeter re Monthly calls and visit | √ | |
| 115 | Email from C. Solomon to T. Vitale, C. Regina, R. Cannell, K. O'Hara, L. Mukerjee and S. Caleb | | |
| 116 | Email from L. Schuh to L. Tommervik re: Silver Pictures coming to Seattle | √ | |
| 117 | Email from K. O'Hara to C. Solomon, T. Vitale, C. Regina, R. Cannella L. Mukerjee and S. Caleb | | |
| 118 | Agreement between Sweetpea BVI and Sweetpea Entertainment and Grayson Productions, LLC. | √ | |
| 119 | Email from L. Schuh to S. Richards re: Book of Vile Darkness | √ | |
| 120 | Email from K. O'Hara to L. Mukerjee and C. Solomon | | |
| 121 | Email from S. Richards to C. Solomon re: Hasbro | √ | |
| 122 | Email from S. Richards to C. Solomon re: Michael Jaffa @ Hasbro called | √ | |
| 123 | Email from M. Diamant to C. Solomon re: Fw: | | |
| 124 | Email from S. Richards to L. Schuh re: Book of Vile Darkness | √ | |
| 125 | Email from S. Richards to C. Solomon re: Wire | √ | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 126 | Email from L. Schuh to S. Richards Re: Book of Vile Darkness | √ | |
| 127 | Email from S. Richards to C. Solomon re Wire | √ | |
| 128 | Executed Copy of the First Amendment, Wire Transfer, Nonrepetitive Payment Order (w. star and handwriting next to Paragraph 11) | √ | |
| 129 | Email from C. Prost to C. Solomon re: CORRECTIOM [sic] | √ | |
| 130 | Email from C. Prost to C. Solomon re: Wire Confirmation - Silver Pictures Management - Dungeons & Dragons 3 (with attachment) | √ | |
| 131 | Wire Transfer Non-Repetitive Payment Order Request | √ | |
| 132 | Hasbro Wire Transfer Entry | √ | |
| 133 | Wire Transfer Non-Repetitive Payment Order Request | √ | |
| 134 | Email from C. Prost to C. Solomon re: Wire Received - Silver Pictures | √ | |
| 135 | Email from C. Prost to C. Solomon re: Dungeons & Dragons Funding (with attachment) | √ | |
| 136 | Email from S. Richards to C. Solomon re: dd3 for your eyes only (with attachment) | √ | |
| 137 | Email from S. Richards to C. Solomon re: Victor | | |
| 138 | Email from S. Mazzanoble to S. Richards, L. Schuh, L. Tommervik re: D&D 3 movie consumer contest | √ | |
| 139 | Email from L. Schuh to S. Mazzanoble re: Contest Release | | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 140 | Email from S. Richards to L. Tommervik,, B. Rudnick re: D&D movie consumer contest | | |
| 141 | Email from S. Richards to L. Tommervik, S. Mazzanoble, B. Rudnick re: D&D Movie consumer contest | √ | |
| 142 | D&D 3 Budget | √ | |
| 143 | INTENTIONALLY OMITTED | | |
| 144 | Email from R. Stoll to C. Solomon re: dungeons 3 | √ | |
| 145 | Copyright Research Report: Book of Vile Darkness | | |
| 146 | Email from S. Bender to C. Solomon re: D&D 3/ Sweetpea Option Agreement with attached DD3 option Agreement and Redline | √ | |
| 147 | Email from S. Richards to C. Solomon re: D&D 3 / Sweetpea Option Agreement | √ | |
| 148 | Completion Agreement | √ | |
| 149 | Completion Guaranty | | |
| 150 | Interparty Agreement | | |
| 151 | Loan and Security Agreement | | |
| 152 | Note | | |
| 153 | Email from C. Kessler to C. Solomon Re: Schedule | √ | |
| 154 | Email From B. Rudnick to C. Perkins re: Book of Vile Darkness release & Wizards re-org | √ | |
| 155 | Email from L. Mukerjee to L. Macy re: D&D 4 | √ | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 156 | Email from S. Richards to L. Schuh re: Book of Vile Darkness Release Date? | √ | |
| 157 | Email from R. Lee to J. Berg re: D&D | | |
| 158 | Email from G. Silverman to J. Berg and L. Harris re: David Leslie Johnson | | |
| 159 | Email from R. Lee to J. Berg re Dungeons & Dragons | | |
| 160 | Email from S. Richards to L Schuh re: Book of Vile Darkness Release Date? | √ | The out of court statements of Mr. Richards are not admitted for the truth of the matter asserted. |
| 161 | Email from G. Leeds to B. Champan and S. Drucker re Drizzt Pitch Book | √ | |
| 162 | Email from L. Schuh to B. Schneir, G. Leeds and J. Lalin re Bennett Call | √ | |
| 163 | Email from D. Bililng to B. Chapman, B. Schneir, B. Goldner, J. Frascotti re Dungeons & Dragons/Drizzt | √ | |
| 164 | Email from S. Richards to J. Lanius Re: DD4 - Chain of Title | | |
| 165 | Email from S. Richards to L. Schuh re: Book of Vile Darkness Release Date? | √ | |
| 166 | Email from S. Richards to C. Solomon re: D&D 3 / Delivery Status Update | √ | |
| 167 | Email from R. Stoll to C. Solomon re: Did Syfy watch dd3? | | |
| 168 | Email from R. Stoll to C. Solomon re: D and d and other stuff | | |
| 169 | Email from R. Stoll to C. Solomon D & D 3 | | |

4843-8108-1630

STIPULATION OF THE PARTIES CONCERNING ADMISSION OF TRIAL EXHIBITS IN EVIDENCE

14

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 170 | Email from R. Stoll to S. Richards re: DD2 and DD3 | | |
| 171 | Email from C. Regina to R. Stoll re: Dungeons & Dragons: the Book of Vile Darkness Offer | √ | |
| 172 | Agreement between Universal Television Networks and Grayson Productions | √ | |
| 173 | Email from L. Schuh to S. Richards re: Book of Vile Darkness Release Date? | √ | The out of court statements of Mr. Richards are not admitted for the truth of the matter asserted. |
| 174 | Email from L. Schuh to C. Perkins, L. Tommervik, N. Stewart and M. Mearls re: Call w/ Steve Richards (Silver Pictures) re: Book of Vile Darkness | √ | |
| 175 | Email from M. Eisner to E. Sherman re: FORGOTTEN REALMS - UNIVERSAL/HASBRO [Chris Morgan] with attached Grant of Rights | √ | |
| 176 | Email from R. Lee to J. Berg re: Fwd: CHAINMAIL - 8-13-12 | | |
| 177 | Email from D. Johnson to J. Berg re: Heard you're: reading now… | √ | |
| 178 | Email from P. Connolly to J. Berg, G. Silverman and D. Furie re Dungeons & Dragons and Dark Castle | | |
| 179 | Email from T. Emmerich to G. Silverman re Dungeons & Dragons | | |
| 180 | Email chain between D. Johnson, J. Berg, and G. Silverman | | |
| 181 | Dungeons and Dragons: Chainmail, Script, First Draft | √ | Trial Exhibit 181 shall be admitted under seal. |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 182 | Email from A. Fong to J. Berg re David Leslie Johnson / "Chainmail" - PAYMENT AUTHORIZATION | | |
| 183 | Email from G. Silverman to J. Berg re: Chainmail | | |
| 184 | Article: "Roy Lee, Warner Bros. and Titans Writer David Leslie Johnson Team for Chainmail (Exclusive)" | | |
| 185 | Email from S. Spira to P. Connolly re: DUNGEONS AND DRAGONS | | |
| 186 | Email from P. Connolly to J. Junge, G. Leeds, and B. Schneir re: WB Features | √ | |
| 187 | Email from M. Blecher to G. Leeds, J. Frascotti, B. Schneir, etc. re WB Features | √ | |
| 188 | Email from J. Berg to G. Silverman and J. Robinov re: Dungeons and Dragons | √ | |
| 189 | Email from J. Oh to P. Connolly, J. Berg, G. Silverman and J. Robinov | √ | |
| 190 | Note to File | √ | |
| 191 | Email from J. Oh to G. Silverman and J. Berg | √ | |
| 192 | Note to File | √ | |
| 193 | Email from J. Oh to S. Spira | | |
| 194 | Email from J. Horton to B. Schneir re D&D -- June Oh/Warners | √ | |
| 195 | Email from R. Stoll to C. Solomon re: dd3..digital rights | √ | |
| 196 | Email from J. Berg to J. Oh re Chainmail | | |
| 197 | Email from J. Wyatt to M. Mearls re: Book of Vile Darkness | √ | |
| 198 | Note to File | | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 199 | Email from S. Richards to L. Schuh re: Book of Vile Darkness Trailer / DVD Now? | √ | |
| 200 | Note to File | | |
| 201 | Note to File | √ | Trial Ex. 201 shall be admitted under seal. |
| 202 | Note to File | | |
| 203 | Press Release titled "Syfy Celebrates Thanksgiving Weekend with Annual James Bond Movie Marathon - Plus All Day Dragon Flicks" | √ | |
| 204 | Email from M. Eisner to J. Oh re D&D - Wizards of the Coast | √ | Trial Exhibit 204 shall be admitted under seal. |
| 205 | Note to File | | |
| 206 | Email from J. Berg to P. Connolly and J. Oh re: FW: Dungeons & Dragons - Chain of Title CONFIDENTIAL (w/ attached Dungeons & Dragons Chain of Title Packet) | √ | |
| 207 | Email from J. Oh to S. Spira | √ | Trial Ex. 207 shall be admitted under seal. |
| 208 | Email from J. Oh to P. Connolly | | |
| 209 | Notes on email from J. Oh to P. Connolly | | |
| 210 | Email from J. Oh to M. Eisner | √ | |
| 211 | Notes | | |
| 212 | Email from J. Levinson to J. Berg, J. Robinov and G. Silverman | | |
| 213 | Email from S. Richards to R. Stoll re: FW: 'Dungeons & Dragons' -- 2-films agreement | √ | |
| 214 | Email from J. Kirschenbaum to B. Namee re Chainmail | | |

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 215 | Email from J. Kirschenbaum to B. Namee re Dungeons & Dragons | | |
| 216 | Notes | | |
| 217 | Notes | | |
| 218 | Email from J. Kirschenbaum to C. Morgan re Chainmail | | |
| 219 | Email from J. Levinson to S. Goodnight | √ | Trial Ex. 219 shall be admitted under seal. |
| 220 | Email from J. Levinson to J. Oh re DUNGEONS & DRAGONS - Hasbro/WB | | |
| 221 | Email chain re Hasbro | √ | Trial Ex. 221 shall be admitted under seal. |
| 222 | Email from J. Levinson to J. Oh | | |
| 223 | Note to File | √ | |
| 224 | INTENTIONALLY OMITTED | | |
| 225 | Email from S. Spira to S. Richards | | |
| 226 | Email from J. Oh to P. Connolly re: D&D | √ | |
| 227 | Email from J. Berg to S. Spira and P. Connolly re: D and D rights | √ | |
| 228 | Email from M. Canton to G. Silverman, S. Spiral, J. Berg re: FW Dungeons & Dragons Chain of Title CONFIDENTIAL | √ | |
| 229 | INTENTIONALLY OMITTED | | |
| 230 | INTENTIONALLY OMITTED | | |
| 231 | Email from E. Shallman to M. Eisner and J. Horton with attached OPTION/PURCHASE/PRODUCER AGREEMENT | √ | Trial Ex. 231 shall be admitted under seal. |
| 232 | Email from P. Connolly to J. Berg and J. Oh | | |

4843-8108-1630

STIPULATION OF THE PARTIES CONCERNING ADMISSION OF TRIAL EXHIBITS IN EVIDENCE
18

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 233 | Memorandum re Chainmail | √ | |
| 234 | Email from P. Connolly to C. Solomon and M. Canton re: FWD: DUNGEONS AND DRAGONS with attached Confidentiality Agreements | | |
| 235 | Letter from Warner Bros. Pictures to C. Solomon re: Screenplay Confidentiality | √ | |
| 236 | Email from "scriptit@castitsystems.com" on behalf of J. Berg, to C. Solomon re: You have received a document - CHAINMAIL draft (WB) (with attachment) | √ | |
| 237 | Email from M. Canton to C. Solomon re: DD Buzz Words | √ | |
| 238 | Email from M. Canton to C. Solomon re: | √ | |
| 239 | Email from M. Canton to P. Connolly re: Dungeons and Dragons | √ | |
| 240 | Email from P. Connolly to S. Spira | | |
| 241 | Novation Agreement | | |
| 242 | Email from E. Shallman to M. Eisner, and J. Horton re Dungeons & Dragons agreement | | |
| 243 | Email chain re Dungeons & Dragons and Silver | | |
| 244 | Email from J. Oh to S. Spira re: Dungeons and Dragons | √ | |
| 245 | Email from J. Oh to S. Spira re: Dungeons and Dragons | | |
| 246 | Note to File | | |
| 247 | Email from M. Eisner to E. Sherman re: Main Deal Terms Agreed between Hasbro and Universal | | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 248 | Email from J. Oh to P. Connolly | √ | |
| 249 | Note to File | | |
| 250 | WB Inter-Office Memo re: Greenlight-Chainmail | √ | |
| 251 | Email from P. Connolly to V. Evans re Greenlight -- Chainmail | | |
| 252 | Email from J. Oh to R. Lopez re CHAINMAIL - IBO | √ | |
| 253 | INTENTIONALLY OMITTED | | |
| 254 | Email from J. Berg to T. Wayne, J. Oh re Chainmail | | |
| 255 | Dungeons & Dragons 3 Cost Report, Period 26 | | |
| 256 | Note to File | | |
| 257 | Note to File, handwritten. | | |
| 258 | Note to File, handwritten. | | |
| 259 | Email from P. Connolly to S. Spira re: D&D | | |
| 260 | Note to File, handwritten. | | |
| 261 | Email from M. Canton to C. Solomon re: "Dungeons & Dragons" - latest Warner Bros response | | |
| 262 | Email from J. Oh to P. Connolly re: D & D - latest offer | | |
| 263 | Email from A. Zeman to J. Zeman, K. Keung, C. Solomon re: Fwd. Re: | | |
| 264 | Note to File, handwritten. | | |
| 265 | Email from S. Davis to J. Horowitz re Dungeons & Dragons | | |
| 266 | Email from J. Goore to J. Horton re Hasbro/Dungeons & Dragons | | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 267 | Agreement between Silver Pictures, Inc. and Sweetpea Entertainment, Inc regarding Proposed D&D Project | | |
| 268 | Email from C. Thomas to J. Oh re: Dungeons & Dragons | | |
| 269 | Email from R. Brescia to J. Oh  re Dungeons & Dragons | | |
| 270 | Email from A. Fischel to J. Berg re CHAINMAIL/ Comp Dev | | |
| 271 | INTENTIONALLY OMITTED | | |
| 272 | Note to File | √ | |
| 273 | Email from K. Trehy to J. Berg re: D/D | √ | |
| 274 | Email from K. Trehy to J. Berg re: D/D | | |
| 275 | Email from J. Oh to J. berg re: DUNGEONS & DRAGONS | √ | |
| 276 | Email from J. Gibson  to E. Gladstone re Dungeons & Dragons | | |
| 277 | Email from S. Davis to J. Horowitz re Forgotten Realms | √ | |
| 278 | Warner Bros.-Sweetpea draft Option Purchase Agreement | √ | |
| 279 | Email from M. Eisner to J. Gibson and E. Shallman re Forgotten Realms | √ | |
| 280 | Email from E. Shallman to J. Horton with attached OPTION/PURCHASE/PRODUCER Agreement | | |
| 281 | Letter from M. Wogan to Sweetpea Entertainment, Inc. and Sweetpea BVI re: Dungeons & Dragons | √ | |
| 282 | Email from M. Eisner to E. Shallman re Dungeons & Dragons chain of title | | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 283 | Email from A. Braveman to R. Brescia re: DUNGEONS AND DRAGONS (2013)/ Option Purchase Agreement | √ | |
| 284 | Email from N. Mitchell to E. Shallman re First Amendment to the Exclusive irrevocable License Agreement | | |
| 285 | Letter from P. Glaser to M. Wogan re: Dungeons & Dragons | √ | |
| 286 | Email from C. Solomon to S. Spiral re: Please See Attached | | |
| 287 | Email from E. Shallman to J. Gibson re Universal-Hasbro agreement | | |
| 288 | Printout from www.deadline.com titled "Warner Bros Acquires Rights to Make 'Dungeons & Dragons' Movie" | | |
| 289 | Printout from IMDbPro.com titled "Dungeons & Dragons" | √ | |
| 290 | Email from J. Horowitz to S. Davis re Warners/Dungeons & Dragons | | |
| 291 | Email from J. Oh to J. Junge and P. Connolly re: RE: | √ | |
| 292 | Email chain re Dungeons & Dragons | | |
| 293 | Printout from www.deadline.com titled "UPDATE: Producer Fires Back in 'Dungeons & Dragons' Movie Rights Dispute" | √ | |
| 294 | Email from J. Oh to N. Carson, v. Kwan Vandenberg and M. Esclavissat re: Getaway | | |
| 295 | Draft of the HASBRO-UNIVERSAL Agreement | √ | Trial Ex. 295 shall be admitted under seal. |
| 296 | INTENTIONALLY OMITTED | | |
| 297 | INTENTIONALLY OMITTED | | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 298 | INTENTIONALLY OMITTED | | |
| 299 | INTENTIONALLY OMITTED | | |
| 300 | INTENTIONALLY OMITTED | | |
| 301 | Printout from www.latino-review.com titled "Exclusive: Producer Courtney Solomon Updates on WB's 'Dungeons & Dragons' Movie" | | |
| 302 | Email from S. Finder to C. Solomon re: Latino Review - D&D | | |
| 303 | Printout from www.craveonline.com titled "Comic-Con 2013: Courtney Solomon on Getaway and Dungeons & Dragons" | √ | |
| 304 | Email from A. Braveman to R. Brescia | √ | |
| 305 | Email from E. Gladstone to J. Kirschenbaum re: Sure you know | | |
| 306 | Hasbro and WOTC's Joint Answer and Affirmative Defenses to the Counterclaim of Sweetpea B.V.I. Ltd. | | |
| 307 | Plaintiffs' Joint Responses and Objections to Defendants' First Set of Interrogatories | | |
| 308 | Bank of America Transaction Report | √ | |
| 309 | Email from R. Stoll to C. Kessler re: INVOICE FOR TELEVISION SALES CONSULTANCY RE DUNGEONS/BOOK OF VILE DARKNESS | | |
| 310 | INTENTIONALLY OMITTED | | |
| 311 | INTENTIONALLY OMITTED | | |
| 312 | INTENTIONALLY OMITTED | | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 313 | INTENTIONALLY OMITTED | | |
| 314 | INTENTIONALLY OMITTED | | |
| 315 | Note to File | | |
| 316 | Dungeons & Dragons -- Chain of Title Breakdown | | |
| 317 | INTENTIONALLY OMITTED | | |
| 318 | SciFi Promo for Dungeons & Dragons: Wrath of the Dragon God | √ | |
| 319 | SciFi Promo for Dungeons & Dragons: The Book of Vile Darkness | √ | |
| 320 | Email from Courtney Solomon to Martin Vardanov re CS Travel Back to LA | | |
| 321 | Email from Courtney Solomon to Martin Vardanov re Courtney - Thanksgiving | | |
| 322 | Email from Courtney Solomon to Joseph Lanius re Getaway | | |
| 323 | Email from Courtney Solomon to Mark Frazier re Rekill Zombies | | |
| 324 | Dungeons & Dragons 3 Productions, LLC Cost Report - Final | | |
| 325 | Project Agreement: Dungeons & Dragons 3 Productions, LLC - After Dark Films, LLC | √ | |
| 326 | Email from Martin Vardanov to Courtney Solomon re CS Travel Back to LA | | |
| 327 | Post Matters Invoice | √ | |
| 328 | Amazon.uk: Dungeons & Dragons 3: the Book of Vile Darkness [DVD] | | |
| 329 | Amazon.uk: Dungeons & Dragons 3: the Book of Vile Darkness [DVD] | | |
| 330 | Dungeons & Dragons (2000) | √ | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 331 | Dungeons & Dragons The Wrath of the Dragon God (2005) | √ | The parties have stipulated that Trial Ex. 331 is the version of Dungeons & Dragons: The Wrath of the Dragon God that was distributed on Syfy |
| 332 | Dungeons & Dragons: The Book of Vile Darkness (2012) | √ | The parties have stipulated that Trial Ex. 332 is the version of Dungeons & Dragons: The Book of Vile Darkness that was distributed on Syfy |
| 333 | INTENTIONALLY OMITTED | | |
| 334 | Hasbro Net Revenue and Operating Profit Statement for Dungeons & Dragons | | |
| 335 | INTENTIONALLY OMITTED | | |
| 336 | Response to Plaintiff Hasbro, Inc.'s Amended First Set of Interrogatories to Sweetpea B.V.I. LTD. | √ | |
| 337 | Defendants' Answer and Affirmative Defenses; and Sweetpea B.V.I. LTD's Counterclaims | √ | |
| 338 | Release of Trademark Security Agreement | √ | |
| 339 | License Agreement between WOTC and Hasbro | √ | |
| 340 | License Agreement between TSR and WOTC | √ | |
| 341 | A Guide to the World of Greyhawk, Fantasy Setting | √ | |
| 342 | AD&D 2nd Edition Monster Mythology | √ | |
| 343 | AD&D 2nd Edition Monstrous Compendium Vol I | √ | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 344 | AD&D 2nd Edition Monstrous Compendium Vol II | √ | |
| 345 | AD&D 2nd Edition Monstrous Compendium Vol III | √ | |
| 346 | AD&D Die Vecna Die! | √ | |
| 347 | AD&D Dungeon Masters Guide | √ | |
| 348 | AD&D Dungeon Masters Guide | √ | |
| 349 | AD&D Dungeon Module D1: Descent Into the Depths of the Earth | √ | |
| 350 | AD&D Dungeon Module D2: Shrine of The Kuo-Toa | √ | |
| 351 | AD&D Dungeon Module D3: Vault of the Drow | √ | |
| 352 | AD&D Dungeon Module G3: Hall of the Fire Giant King | √ | |
| 353 | AD&D Dungeoneer's Survival Guide | √ | |
| 354 | AD&D Dungeons of Dread | √ | |
| 355 | AD&D Greyhawk Adventures | √ | |
| 356 | AD&D Monster Manual | √ | |
| 357 | AD&D Monster Manual II | √ | |
| 358 | AD&D Planescape: A DM's Guide to the Planes | √ | |
| 359 | AD&D Planescape: Dead Gods | √ | |
| 360 | AD&D Player's Handbook | √ | |
| 361 | AD&D Player's Handbook | √ | |
| 362 | AD&D Ravenloft: Domains of Dread | √ | |
| 363 | Blackmoor Supplement II | √ | |
| 364 | Blackmoor Supplement II | √ | |
| 365 | Book of Artifacts | √ | |

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 366 | Book of Vile Darkness | √ | |
| 367 | Deities and Demigods | √ | |
| 368 | Dragon, Issue #110 | √ | |
| 369 | Dragon, Issue #67 | √ | |
| 370 | Dungeon Master's Guide | √ | |
| 371 | Dungeon Master's Guide Deluxe Edition | √ | |
| 372 | Dungeon Module Q1: Queen of the Demonweb Pits | √ | |
| 373 | Dungeon Module S2: White Plume Mountain | √ | |
| 374 | Dungeon Module S4: The Lost Caverns of Tsojcanth | √ | |
| 375 | Dungeon Module T1: The Village of Hommlet | √ | |
| 376 | Eldritch Wizardy Supplement III | √ | |
| 377 | Expedition to the Ruins of Greyhawk | √ | |
| 378 | Fiendish Codex I: Hordes of the Abyss | √ | |
| 379 | Forgotten Realms: A Grand Tour of the Realms | √ | |
| 380 | Forgotten Realms Campaign Setting | √ | |
| 381 | Forgotten Realms Cyclopedia of the Realms | √ | |
| 382 | Forgotten Realms, City of Splendors: Waterdeep | √ | |
| 383 | Forgotten Realms: City of Splendors | √ | |
| 384 | Forgotten Realms: Drizzt Do'urdens Guide to the Underdark | √ | |
| 385 | Forgotten Realms: Waterdeep and the North | √ | |
| 386 | Gazetteer | √ | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 387 | Glossography for the Guide to the WORLD OF GREYHAWK | √ | |
| 388 | Greyhawk Adventures: Greyhawk: Folk, Feuds, and Factions | √ | |
| 389 | Greyhawk Adventures: Greyhawk: Gem of the Flanaess | √ | |
| 390 | Greyhawk Adventures: Vecna Lives! | √ | |
| 391 | Greyhawk Player's Guide | √ | |
| 392 | Greyhawk Supplement I | √ | |
| 393 | Libris Mortis: The Book of Undead | √ | |
| 394 | Living Greyhawk Gazetteer | √ | |
| 395 | Manual of the Planes | √ | |
| 396 | Menzoberranzan: City of Intrigue | √ | |
| 397 | Menzoberranzan: The Famed City of the Drow, Revealed at Last! | √ | |
| 398 | Monster Manual Deluxe Edition | √ | |
| 399 | Monsters & Treasure Vol. II | √ | |
| 400 | Monster Manual 3 | √ | |
| 401 | Monstrous Supplement | √ | |
| 402 | Night Below, Book I | √ | |
| 403 | Night Below, Book II | √ | |
| 404 | Night Below, Book III | √ | |
| 405 | Open Grave: Secrets of the Undead | √ | |
| 406 | Planescape: A Player's Guide to the Planes | √ | |
| 407 | Planescape: Sigil and Beyond | √ | |
| 408 | Player Handout | √ | |
| 409 | Player's Handbook | √ | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 410 | Player's Handbook II | √ | |
| 411 | Races of the Dragon | √ | |
| 412 | Ravenloft: Vecna Reborn | √ | |
| 413 | The Dragon #8 | √ | |
| 414 | The Legend of Drizzt Book I: Homeland | √ | |
| 415 | The Legend of Drizzt Book IV: The Crystal Shard | √ | |
| 416 | The Shady Dragon Inn | √ | |
| 417 | The World of Greyhawk | √ | |
| 418 | TSR Fiend Folio Tome of Creatures Malevolent and Benign | √ | |
| 419 | Unearthed Arcana | √ | |
| 420 | War of the Spider Queen, Vol I | √ | |
| 421 | War of the Spider Queen, Vol II | √ | |
| 422 | Copyright Registration - Annihilation: War of the Spider Queen Book V | √ | |
| 423 | Copyright Registration - Annihilation: War of the Spider Queen Book V | √ | |
| 424 | Copyright Registration - Dungeon & Dragons Player's Handbook 2 | √ | |
| 425 | Copyright Registration - Dungeons & Dragons 4th Edition Monster Manual | √ | |
| 426 | Copyright Registration - Dungeons & Dragons 4th Edition Monster Manual | √ | |
| 427 | Copyright Registration - Dungeons & Dragons 4th Edition Player's Handbook | √ | |
| 428 | Copyright Registration - Dungeons & Dragons core rule book Edition IV rules | √ | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 429 | Copyright Registration - Dungeons & Dragons Player's Handbook (Core Rulebook I) | √ | |
| 430 | Copyright Registration - Dungeons & Dragons Role Playing Games: Dungeon Master's Guide v. 3.5 | √ | |
| 431 | Copyright Registration - Dungeons & Dragons Role Playing Games: Dungeon Master's Guide v. 3.5 | √ | |
| 432 | Copyright Registration - Dungeons & Dragons: Forgotten Realms Campaign Setting | √ | |
| 433 | Copyright Registration - Dungeons & Dragons: Manual of the Planes | √ | |
| 434 | Copyright Registration - Extinction War of the Spider Queen, Book IV | √ | |
| 435 | Copyright Registration - Extinction War of the Spider Queen, Book IV | √ | |
| 436 | Copyright Registration - Insurrection: War of the Spider Queen Book II | √ | |
| 437 | Copyright Registration - Insurrection: War of the Spider Queen Book II | √ | |
| 438 | Copyright Registration- Manual of the Planes | √ | |
| 439 | Copyright Registration - Menzoberranzan: City of Intrigue | √ | |
| 440 | Copyright Registration - Monster Manual 3 | √ | |
| 441 | Copyright Registration - Open Grave, Secrets of the Undead | √ | |
| 442 | Copyright Registration - Players Handbook II Dungeons & Dragons Supplement (And other requests) | √ | |
| 443 | Copyright Registration - Races of the Dragon Dungeons & Dragons Supplement | √ | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 444 | Copyright Registration - Races of the Dragon Dungeons & Dragons Supplement | √ | |
| 445 | Copyright Registration - War of the Spider Queen Book I: Dissolution | √ | |
| 446 | Copyright Registration - War of the Spider Queen Book I: Dissolution | √ | |
| 447 | Copyright Registration - War of the Spider Queen Book III | √ | |
| 448 | Copyright Registration- Condemnation War of the Spider Queen, Book III | √ | |
| 449 | Copyright Registration Request - War of the Spider Queen Book I: Dissolution | √ | |
| 450 | Letter from Robert Barnes to Lee Rosenbaum re TSR. Inc. v. Sweetpea Entertainment Corp.. et al. | √ | |
| 451 | Email from Liz Schuh to Christopher Perkins re Book of Vile Darkness: the movie | √ | |
| 452 | Email from Christopher Perkins to Bill Slavicsek and Liz Schuh re Movie Script | √ | |
| 453 | Email from Christopher Perkins to Bill Slavicsek and Liz Schuh re Book of Vile Darkness - Script Notes (6/2/10) | √ | |
| 454 | Email from Christopher Perkins to Steve Richards and Brian Rudnick | √ | |
| 455 | Email from Liz Schuh to Steve Richards re Quick Summary of Book of Vile Darkness Support | √ | |
| 456 | Email from Steve Richards to Liz Schuh, Laura Tommervik and Christopher Perkins re Book of Vile Darkness Release Date? | √ | |

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 457 | Email from Liz Schuh to Steve Richards re Chris Perkins | √ | |
| 458 | Email from Liz Schuh to Steve Richards, Laura Tommervik and Christopher Perkins re Book of Vile Darkness Release Date? | √ | |
| 459 | METRODOME DISTRIBUTION LIMITED Dungeons & Dragons 3 Reporting Statement | | |
| 460 | US Patent and Trademark Office Notice enclosing assignment of trademark rights | √ | |
| 461 | Letter enclosing name change and assignment of trademark rights | √ | |
| 462 | Trademark Registration – D&D | √ | |
| 463 | Notice of Acceptance and Renewal – D&D | √ | |
| 464 | Trademark Registration – Dungeons & Dragons | √ | |
| 465 | Notice of Acceptance and Renewal – Dungeons & Dragons | √ | |
| 466 | Trademark/Service Mark Application, Principal Register – Dungeons & Dragons | √ | |
| 467 | Notice of Publication – Dungeons & Dragons | √ | |
| 468 | Copyright Registration - Advanced Dungeons & Dragons dungeon masters guide : special reference work | √ | |
| 469 | Copyright Registration - Advanced Dungeons & Dragons players handbook : special reference work | √ | |
| 470 | Copyright Registration - Advanced Dungeons & Dragons: dungeon master guide for the AD&D game | √ | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 471 | Copyright Registration - Book of artifacts : rule book | √ | |
| 472 | Copyright Registration - City of splendors : Forgotten Realms | √ | |
| 473 | Copyright Registration - Descent into the depths of the Earth: Advanced Dungeons & Dragons, dungeon module D1 | √ | |
| 474 | Copyright Registration - Die Vecna Die! | √ | |
| 475 | Copyright Registration - Drizzt Do'Urden's guide to the Underdark | √ | |
| 476 | Copyright Registration - Dungeoneer's survival guide | √ | |
| 477 | Copyright Registration - Dungeons & Dragons: suppl. I, Greyhawk | √ | |
| 478 | Copyright Registration - Dungeons & Dragons : suppl. II, Blackmoor | √ | |
| 479 | Copyright Registration - Dungeons & Dragons : suppl. III, Eldritch wizardry | √ | |
| 480 | Copyright Registration - Dungeons & Dragons 4th Edition Dungeon Master's Guide | √ | |
| 481 | Copyright Registration - Dungeons & Dragons player's handbook : core rule book I | √ | |
| 482 | Copyright Registration - Dungeons of Dread | √ | |
| 483 | Copyright Registration - Fiendish Codex 1: Hordes of the Abyss | √ | |
| 484 | Copyright Registration - Forgotten Realms | √ | |
| 485 | Copyright Registration - Forgotten Realms : campaign setting | √ | |
| 486 | Copyright Registration - Greyhawk adventures | √ | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 487 | Copyright Registration - Greyhawk, the adventure begins | √ | |
| 488 | Copyright Registration - Hall of Fire Giant King : Advanced Dungeon & Dragons, dungeon module G3 | √ | |
| 489 | Copyright Registration - Menzoberranzan | √ | |
| 490 | Copyright Registration - Monster mythology Advanced Dungeons & Dragons : dungeon master's guide : rules supplement | √ | |
| 491 | Copyright Registration - Monstrous compendium: vol. three. | √ | |
| 492 | Copyright Registration - Monstrous Compendium annual : vol 1 | √ | |
| 493 | Copyright Registration - Monstrous Compendium annual: vol 2. | √ | |
| 494 | Copyright Registration - Night below : an Underdark campaign : the ultimate dungeon | √ | |
| 495 | Copyright Registration - Planescape campaign setting | √ | |
| 496 | Copyright Registration - Planescape campaign setting | √ | |
| 497 | Copyright Registration - Planescape campaign setting | √ | |
| 498 | Copyright Registration - Player's handbook for the AD&D Game | √ | |
| 499 | Copyright Registration - Queen of the Demonweb Pits | √ | |
| 500 | Copyright Registration - R. A. Salvatore's War of the spider queen : bk. 2 : Insurrection | √ | |
| 501 | Copyright Registration - Ravenloft-- Vecna reborn | √ | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 502 | Copyright Registration - Shrine of the Kuo-Toa : Advanced Dungeons & Dragons, dungeon module D2 | √ | |
| 503 | Copyright Registration - The Book of Vile Darkness | √ | |
| 504 | Copyright Registration - The City of Greyhawk | √ | |
| 505 | Copyright Registration - The city of splendors : a waterdeep novel | √ | |
| 506 | Copyright Registration - The Crystal shard | √ | |
| 507 | Copyright Registration - The Dragon, v. 1, no. 5-6, v. 2 no. 1-5 | √ | |
| 508 | Copyright Registration - The Dragon, v. 10, no. 8-12, v. 11, no. 1-8 | √ | |
| 509 | Copyright Registration - The Dragon, v. 6, no. 7-12, v. 7, no. 1-7 | √ | |
| 510 | Copyright Registration - The Five shires | √ | |
| 511 | Copyright Registration - The legend of Drizzt Collector's Edition Book | √ | |
| 512 | Copyright Registration - The Lost Caverns of Tsojcanth : booklet 1 : an adventure for character : levels 6-10 | √ | |
| 513 | Copyright Registration - The Shady Dragon Inn : 9100 | √ | |
| 514 | Copyright Registration - The Village of Hommlet | √ | |
| 515 | Copyright Registration - The World of Greyhawk : fantasy world setting | √ | |
| 516 | Copyright Registration - TSR Fiend Folio : tome of creatures malevolent and benign | √ | |
| 517 | Copyright Registration - Unearthed Arcana | √ | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 518 | Copyright Registration - Vault of the Drow | √ | |
| 519 | Copyright Registration - Vecna Lives! | √ | |
| 520 | Copyright Registration - Waterdeep and the north : Advanced Dungeons and Dragons official game accessory | √ | |
| 521 | Copyright Registration - White Plume Mountain | √ | |
| 522 | Copyright Registration - World of Greyhawk : fantasy game setting | √ | |
| 523 | WITHDRAWN BY HASBRO | | |
| 524 | Amazon.co.uk Order Confirmation for Dungeons And Dragons 3: the Book of Vile Darkness DVD | | |
| 525 | Dungeons & Dragons: The Book of Vile Darkness DVD | √ | The statements on the retail packaging have not been admitted for the truth of the matter asserted. |
| 525 (a) | Physical Copy of Dungeons & Dragons: The Book of Vile Darknes DVD | √ | The statements on the retail packaging have not been admitted for the truth of the matter asserted. |
| 526 | Video of July 2013 Interview of Courtney Solomon | √ | |
| 527 | Hasbro Complaint | | |
| 528 | Sweetpea Answer and Counterclaim | | |
| 529 | Hasbro Reply Answer | | |
| 530 | Email from E. Stark to L. Schuh, B. Slavicsek, S. Rouse re: conversation with Steve Richards | √ | |
| 531 | Summary of Dungeons & Dragons Materials Appearing in *Chainmail* Script | √ | Trial Ex. 531 is admitted as a compilation under FRE 1006.  Trial Ex. 531 shall be |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| | | | admitted under seal. |
| 532 | Agreement between Universal Television Networks and AD Acquisitions, LLC dated September 22, 2010 | √ | |
| 533 | Agreement between Universal Television Networks and After Dark Films LLC dated August 20, 2009 | √ | |
| 534 | "Dungeons and Dragons 3" Project Agreement | √ | |
| 535 | Printout from Internet Archive Wayback Machine for www.SciFi.com for Oct. 3, 2005 | | |
| 536 | Joint Statement of Admitted Facts, dated Feb. 4, 2014 | | |
| 537 | Email from S. Ralph to M. Eisner and E. Shallman re: UNT. FORGOTTEN REALMS: Dungeons and Dragons | | |
| 538 | Draft Option Purchase Agreement dated Feb. 26, 2014 | √ | Trial Ex. 538 shall be admitted under seal. |
| 539 | Email from N. Mitchell to S. Ralph, E. Shallman, M. Eisner re: UNT. FORGOTTEN REALMS Option/License/Producer Agreement | √ | |
| 540 | Sweetpea / Warner Brothers Agreement | √ | Trial Ex. 540 shall be admitted under seal. |
| 541 | Email from J. Oh to G Silverman, J. Berg re: D & D | √ | Trial Ex. 541 shall be admitted under seal. |
| 542 | Email from A. Rona to J. Berg re: Chainmail | | |
| 543 | Hasbro, Inc.'s Notice and Subpoena to the Person Most Qualified of Silver Pictures Entertainment, Inc. dated Sept. 23, 2013 | √ | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 544 | Hasbro, Inc.'s Notice and Subpoena to the Person Most Qualified of Zinc Entertainment, Inc. dated Sept. 23, 2013 | √ | |
| 545 | Notice of Deposition of Sweetpea Entertainment, Inc., Pursuant to Rule 30(b)(6) | √ | |
| 546 | Notice of Deposition of Sweetpea BVI Pursuant to Rule 30(b)(6) | √ | |
| 547 | W. Smith ltr. to J. Basinger and M. Wogan dated Apr. 14, 2014 | | |
| 548 | P. Glaser ltr. to W. Smith dated Apr. 21, 2014 | | |
| 549 | A. Zummo ltr. to S. Spira dated Aug. 26, 2014 | √ | |
| 550 | Excerpts of WGA Basic Agreement – 1988 | √ | |
| 551 | Excerpts of WGA Basic Agreement – 1995 | √ | |
| 552 | Excerpts of WGA Basic Agreement – 1998 | √ | |
| 553 | Excerpts of WGA Basic Agreement – 2011 | √ | |
| 554 | *Dungeons & Dragons* DVD, including retail packaging | √ | |
| 555 | *Dungeons & Dragons: Wrath of the Dragon God*, including retail packaging | √ | The statements on the retail packaging have not been admitted for the truth of the matter asserted. |
| 555 (a) | Physical copy of *Dungeons & Dragons: Wrath of the Dragon God* DVD | √ | The statements on the retail packaging have not been admitted for the truth of the matter asserted. |
| 556 | Report from Official Charts Company database for sales of *Dungeons & Dragons 3* DVD in the United Kingdom | | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 557 | Official Charts Company UK Product Report Dated September 25, 2012 with backup data | | |
| 558 | Printout from Internet Archive Wayback Machine for www.Amazon.co.uk for November 11, 2012 | | |
| 559 | Screengrab from http://www.virginmedia.com/movies/find/dungeons-and-dragons-3-the-book-of-vile-darkness | | |
| 560 | imdb.com printout for *Dungeons & Dragons: The Book of Vile Darkness* (Richards Exhibit 26) | | |
| 561 | Printout and DVD of Dungeons & Dragons 3 Trailer available at https://www.youtube.com/watch?v=rEyNfHNnCQg&feature=related, as referenced in Trial Exhibit 199 | √ | Trial Ex. 561 has been admitted solely for the purpose of showing what Ms. Schuh saw (the trailer but not the YouTube webpage).  Trial Exhibit 561 is not admitted for the truth of the matter asserted. |
| 562 | Printout from http://www.distribution.metrodomegroup.com/DVD/dungeons-and-dragons-3 | | |
| 563 | Printout from http://www.amazon.co.uk/Dungeons-Dragons-DVD-Meagan-Goode/dp/B008GFZX0I/ref=sr_1_1?ie=UTF8&qid=1349864459&sr=8-1 | √ | Trial Ex. 563 has been admitted for what Mr. Richards saw, and is not admitted for the truth of the matter asserted. |
| 564 | Email from L. Shinzong to J. Lanius Re RE: DD3 – Syfy dated March 19, 2013 | √ | |
| 565 | State of California Business Search Entity Detail: Grayson Productions LLC | | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 566 | Email from C. Regina to C. Solomon, R. Stoll Re: Re: Dungeons and dragons dated Nov. 5, 2008 | | |
| 567 | Email from S. Richards to C. Solomon Re: DD3 and DD4 structure.xls dated Oct. 13, 2008 | √ | |
| 568 | Email from S. Richards to C. Solomon re: FW: DD3 dated Feb. 13, 2009 | √ | |
| 569 | Email from S. Richards to L. Schuh dated Nov. 19, 2010 attaching *The Book of Vile Darkness* Script | √ | |
| 570 | Email from C. Solomon re: FW: dungeons 3 dated Nov. 30, 2012 | | |
| 571 | Declaration of R. Toll dated Jan. 14, 2014 | | |
| 572 | IMDB.com Movie Terminology Glossary: S, last visited Sept. 18, 2014 | | |
| 573 | Entry for "Sequel" – www.thesaurus.com, last visited Sept. 19, 2014 | √ | |
| 574 | Email from J. Berg to J. Horner re: D&D dated June 21, 2013 | √ | |
| 575 | Email from J. Jorner to G. Silverman, J. Berg, J. Oh re: D&D | √ | |
| 576 | Rules Cyclopedia | √ | |
| 577 | Dungeons Masters Guide Core Rulebook v 3.5 | √ | |
| 600 | Excerpt from WGA 1988 Basic Agreement, pg 5-6 | √ | |
| 601 | Excerpt from WGA 1995 Basic Agreement, pg 11 | √ | |
| 602 | Exceprt from WGA 1998 Basic Agreement, pg. 14 | √ | |

4843-8108-1630

| Ex. No | Description | Admitted | Note |
|---|---|---|---|
| 603 | Excerpt from WGA 2011 Basic Agreement, pg 8 | √ | |

DATED:  September 26, 2014        **LAVELY & SINGER, P.C.**

By:      /s/ *Michael E. Weinsten*
        MICHAEL E. WEINSTEN

Attorneys for Plaintiffs Hasbro, Inc., and Wizards Of The Coast, LLC

**FRANKFURT KURNIT KLEIN & SELZ, P.C.**

By:      /s/ *Maura J. Wogan*
        MAURA J. WOGAN
        JEREMY S. GOLDMAN

Attorneys for Plaintiffs Hasbro, Inc., and Wizards Of The Coast, LLC

DATED: September 26, 2014        **GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP**

By:      /s/ *Patricia L. Glaser*
        PATRICIA L. GLASER
        G. JILL BASINGER

**CALDWELL LESLIE & PROCTOR, PC**

By:      /s/ *Christopher G. Caldwell*
        CHRISTOPHER G. CALDWELL
        LINDA M. BURROW

Attorneys for Defendants Sweetpea Entertainment, Inc. and Sweetpea B.V.I. LTD

4843-8108-1630