**MAURA J. WOGAN** (admitted *pro hac vice*)
**JEREMY S. GOLDMAN** (admitted *pro hac vice*)
**ANDREW J. UNGBERG** (admitted *pro hac vice*)
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
488 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (212) 980-0120
Facsimile: (212) 593-9175
E-Mail:  mwogan@fkks.com
         jgoldman@fkks.com
         aungberg@fkks.com

**MICHAEL E. WEINSTEN** (SBN 155680)
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-Mail: mweinsten@lavelysinger.com

Attorneys for Plaintiffs HASBRO, INC.
and WIZARDS OF THE COAST LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASBRO, INC., a Rhode Island corporation; and WIZARDS OF THE COAST LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br> vs. <br><br> SWEETPEA ENTERTAINMENT, INC., a Delaware corporation; and SWEETPEA B.V.I. LTD., a British Virgin Islands corporation, <br><br> Defendants. <br><br> SWEETPEA B.V.I. LTD., <br><br> Counter-Claimant, <br> vs. <br><br> HASBRO, INC., and WIZARDS OF THE COAST, LLC, <br><br> Counter-Defendants. | Case No.: CV 13-03406-DMG (JCG) <br><br> [HON. DOLLY M. GEE] <br><br> **PLAINTIFFS' MARKUP OF DEFENDANTS' AMENDED [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW [ECF # 290-1]** <br><br> Trial Date: September 16, 2014 |

1  Pursuant to the Local Rules of the United States District Court for the Central
2  District of California and this Court's order dated Sept. 23, 2014 [ECF # 278], Plaintiffs
3  Hasbro, Inc. and Wizards of the Coast, LLC hereby submit their markup of Defendants'
4  Amended [Proposed] Findings of Fact and Conclusions of Law [ECF # 290–1], attached
5  hereto as Exhibit A.

7  Dated: October 13, 2014         FRANKFURT KURNIT KLEIN & SELZ P.C.

9                                  BY:  / S/ *Maura Wogan*
10                                     MAURA J. WOGAN
                                       JEREMY S. GOLDMAN
11                                     ANDREW J. UNGBERG

12  Dated: October 13, 2014         LAVELY & SINGER P.C.

14                                  BY:  / S/ *Michael E. Weinsten*
                                       MICHAEL E. WEINSTEN

16                                  *Attorneys for Plaintiffs Hasbro, Inc. and*
                                    *Wizards of the Coast LLC*