MAURA J. WOGAN (admitted *pro hac vice*)
JEREMY S. GOLDMAN (admitted *pro hac vice*)
ANDREW J. UNGBERG (admitted *pro hac vice*)
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (212) 980-0120
Facsimile: (212) 593-9175
E-Mail: mwogan@fkks.com
        jgoldman@fkks.com
        aungberg@fkks.com

MICHAEL E. WEINSTEN (SBN 155680)
LAVELY & SINGER
PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-Mail: mweinsten@lavelysinger.com

Attorneys for Plaintiffs HASBRO, INC.
and WIZARDS OF THE COAST LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HASBRO, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SWEETPEA ENTERTAINMENT, INC., et al.,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 13-CV-03406-DMG (JCGx)<br><br>Hon. Dolly M. Gee<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION**<br><br>Trial Dates: September 16-23, 2014 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the PARTIES HEREBY STIPULATE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the voluntary dismissal with prejudice of the above-referenced action in its entirety, including each and every claim and counterclaim asserted therein. Each party is to bear its own costs, expenses and attorneys' fees incurred in this action.

DATED: July 31, 2015        FRANKFURT KURNIT KLEIN & SELZ, P.C.

By _____
MAURA J. WOGAN
JEREMY S. GOLDMAN
ANDREW J. UNGBERG

DATED: July 31, 2015        LAVELY & SINGER P.C.

By _____
MICHAEL E. WEINSTEN

Attorneys for Plaintiffs HASBRO, INC. and WIZARDS OF THE COAST LLC

| | | |
|---|---|---|
| 1 | DATED: July 31, 2015 | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP |

By _____
PATRICIA L. GLASER
G. JILL BASINGER
DAVID SERGENIAN

DATED: July 31, 2015     CALDWELL LESLIE & PROCTOR, PC

By _____
CHRISTOPHER G. CALDWELL
LINDA M. BURROW

Attorneys for Defendant SWEETPEA ENTERTAINMENT, INC. and Defendant/Counterclaimant SWEETPEA B.V.I. LTD.